IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| **MISSISSIPPI ASSOCIATION OF EDUCATORS, et al.,** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 3:25-CV-00417-HTW-LGI |
| | ) | |
| **BOARD OF TRUSTEES OF STATE INSTITU** | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF APPEARANCE

The undersigned, a member of the Bar of this Court, hereby enters his appearance as co-counsel for the Plaintiffs.

        Respectfully submitted,

        *s/ Robert B. McDuff*
        Robert B. McDuff (MSB # 2532)
        Mississippi Center for Justice
        Post Office Box 1023
        Jackson, Mississippi 39215
        rmcduff@mscenterforjustice.org
        601-259-8484

        *Co-Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of June, 2025, all counsel of record were served with the foregoing by operation of the Court's electronic filing system.

/s/ *Robert B. McDuff*