IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Jackson Division

**MISSISSIPPI ASSOCIATION OF EDUCATORS, BARBARA PHILLIPS, JAMES THOMAS, DAWN ZIMMERER, L.E. JIBOL, UNITED CAMPUS WORKERS SOUTHEAST LOCAL 3821, MADISYN DONLEY, ALEXIS COBBS, KAREN ADERER, FOSTERING LGBTQ+ ADVOCACY, RESOURCES, ENVIRONMENTS AND WOMEN IN SCIENCE AND ENGINEERING,**

    *Plaintiffs*,

v.

**BOARD OF TRUSTEES OF STATE INSTITUTIONS OF HIGHER LEARNING, MISSISSIPPI COMMUNITY COLLEGE BOARD, MISSISSIPPI STATE BOARD OF EDUCATION, MISSISSIPPI CHARTER SCHOOL AUTHORIZER BOARD,**

    *Defendants*.

Civil No. 3:25cv00417-HTW-LGI

**UNOPPOSED MOTION TO EXTEND
BRIEFING PAGE LIMIT TO 45 PAGES**

The Plaintiffs move for an unopposed extension of the local rules' page limit of 35 pages to 45 pages for purposes of their motion for a preliminary injunction. This extension would apply to all parties, Plaintiffs and Defendants. The Plaintiffs request the extension because of the pages necessary to adequately describe the provisions and the impact of the multiple sections of the challenged law, House Bill 1193 of the Mississippi legislative session of 2025, that are relevant. Obviously, this page limit will govern the totality of the Plaintiffs' opening brief and

reply brief, and will also govern the Defendants' response brief.  The undersigned has spoken with attorney Rex Shannon of the Attorney General's office, who represents the Defendant Mississippi State Board of Education and Mississippi Community College Board, and the Attorney General's office has no objection.

Dated: June 16, 2025                                             Respectfully submitted,

| | |
|---|---|
| *s/ Robert B. McDuff*<br>ROBERT B. MCDUFF<br> MS Bar No. 2532<br>PALOMA WU<br> MS Bar No. 105464<br>MISSISSIPPI CENTER FOR JUSTICE<br>210 E. Capitol Street, Ste 1800<br>Jackson, MS 39201<br>601-259-8484<br>RMCDUFF@MSCENTERFORJUSTICE.ORG<br>PWU@MSCENTERFORJUSTICE.ORG<br><br>*s/ Amir Badat*<br>AMIR BADAT<br> MS Bar No. 106599<br>BADAT LEGAL PLLC<br>P.O. Box 15<br>Tougaloo, MS 39174<br>Phone: 601-462-9592<br>AMIR.BADAT@GMAIL.COM<br><br>COUNSEL FOR PLAINTIFFS | *s/ Joshua Tom*<br>JOSHUA TOM<br> MS Bar. No 105392<br>MCKENNA RANEY<br> MS Bar No. 106330<br>AYANNA HILL<br> MS Bar No. 106590<br>AMERICAN CIVIL LIBERTIES UNION OF MISSISSIPPI FOUNDATION, INC.<br>P.O. Box 2242<br>Jackson, MS 39225<br>Phone: (601) 354-3408<br>JTOM@ACLU-MS.ORG<br>MRANEY@ACLU-MS.ORG<br>AHILL1@ACLU-MS.ORG |

CERTIFICATE OF SERVICE

    I certify that the foregoing has been filed on the ECF system which served all counsel of record and furthermore has been transmitted by email to Rex Shannon of the Mississippi Attorney General's Office on this 16th day of June, 2025.

                                                     *s/ Robert B. McDuff*
                                                     Co-counsel for Plaintiffs