# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NOTHERN DIVISION

| | |
|---|---|
| MISSISSIPPI ASSOCIATION OF EDUCATION, ET AL. | PLAINTIFFS |
| v. | NO. 3:25-CV-417-HTW-LGI |
| BOARD OF TRUSTEES OF STATE INSTITUTIONS OF HIGHER LEARNING, ET AL. | DEFENDANTS |

## NOTICE OF APPEARANCE

The undersigned, a member of the Bar of this Court, hereby enters her appearance as co-counsel for the Plaintiffs.

Dated: June 16, 2025

Respectfully Submitted,

/s/ Paloma Wu
Paloma Wu (Miss. Bar No. 105464)
MISSISSIPPI CENTER FOR JUSTICE
210 E. Capitol Street, Ste 1800
Jackson, MS 39201
pwu@mscenterforjustice.org

*Co-Counsel for the Plaintiffs*