IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Jackson Division

| | | |
|---|---|---|
| MISSISSIPPI ASSOCIATION OF EDUCATORS, BARBARA PHILLIPS, JAMES THOMAS, DAWN ZIMMERER, L.E. JIBOL, UNITED CAMPUS WORKERS SOUTHEAST LOCAL 3821, MADISYN DONLEY, ALEXIS COBBS, KAREN ADERER, FOSTERING LGBTQ+ ADVOCACY, RESOURCES, ENVIRONMENTS AND WOMEN IN SCIENCE AND ENGINEERING, | ) ) ) ) ) ) ) ) ) ) ) ) | Civil No. 3:25-cv-00417-HTW-LGI |
| *Plaintiffs*, | | |
| v. | | |
| BOARD OF TRUSTEES OF STATE INSTITUTIONS OF HIGHER LEARNING, MISSISSIPPI COMMUNITY COLLEGE BOARD, MISSISSIPPI STATE BOARD OF EDUCATION, MISSISSIPPI CHARTER SCHOOL AUTHORIZER BOARD, | | |
| *Defendants*. | | |

**NOTICE OF ATTORNEY APPEARANCE**

The undersigned, a member of the Bar of this Court, hereby enters her appearance as co-counsel for the Plaintiffs.

Dated: June 17, 2025

Respectfully submitted,

s/: McKenna Raney-Gray
McKenna Raney-Gray (MS. Bar #106330)
AMERICAN CIVIL LIBERTIES UNION
OF MISSISSIPPI FOUNDATION
101 South Congress Street
Jackson, MS 39201
(601) 354-3408
mraney@aclu-ms.org

*Co-Counsel for the Plaintiffs*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on this date all counsel of record were served with the foregoing by operation of the Court's electronic filing system on June 17, 2025.

s/: McKenna Raney-Gray
McKenna Raney-Gray (MS. Bar #106330)
AMERICAN CIVIL LIBERTIES UNION
OF MISSISSIPPI FOUNDATION
101 South Congress Street
Jackson, MS 39201
(601) 354-3408
mraney@aclu-ms.org