IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| **MISSISSIPPI ASSOCIATION OF EDUCATORS, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | No.  3:25-CV-00417-HTW-LGI |
| ) | |
| **BOARD OF TRUSTEES OF STATE INSTITUTIONS, et al.** ) | |
| ) | |
| **Defendants.** ) | |

## NOTICE OF APPEARANCE

The undersigned, a member of the Bar of this Court, hereby enters her appearance as co-counsel for the Plaintiffs.

                                Respectfully submitted,

                                */s/ Ayanna Hill*
                                Ayanna Hill (MSB #106590)
                                American Civil Liberties Union
                                of Mississippi
                                Post Office Box 2242
                                Jackson, Mississippi 39201
                                ahill1@aclu-ms.org
                                601-354-3408

                                *Co-Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of June, 2025, all counsel of record were served with the foregoing by operation of the Court's electronic filing system.

/s/ *Ayanna Hill*