**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

**MISSISSIPPI ASSOCIATION OF
EDUCATORS, BARBARA PHILLIPS,
JAMES THOMAS, DAWN ZIMMERER,
L.E. JIBOL, UNITED CAMPUS WORKERS
SOUTHEAST LOCAL 3821, MADISYN
DONLEY, ALEXIS COBBS, KAREN
ADERER, FOSTERING LGBTQ+
ADVOCACY, RESOURCES,
ENVIRONMENTS AND WOMEN IN
SCIENCE AND ENGINEERING**      **PLAINTIFFS**

**VS.**      **CIVIL ACTION NO. 3:25-cv-00417-HTW-LGI**

**BOARD OF TRUSTEES OF STATE
INSTITUTIONS OF HIGHER LEARNING,
MISSISSIPPI COMMUNITY COLLEGE
BOARD, MISSISSIPPI STATE BOARD OF
EDUCATION, MISSISSIPPI CHARTER
SCHOOL AUTHORIZER BOARD**      **DEFENDANTS**

**ENTRY OF APPEARANCE**

COMES NOW Lisa A. Reppeto of the Mississippi Attorney General's Office and hereby enters her appearance in the above-styled and numbered cause as counsel of record for Defendants Mississippi Community College Board, Mississippi State Board of Education, and Mississippi Charter School Authorizer Board.

THIS the 18th day of June, 2025.

1

        Respectfully submitted,

        MISSISSIPPI COMMUNITY COLLEGE BOARD, MISSISSIPPI STATE BOARD OF EDUCATION, AND MISSISSIPPI CHARTER SCHOOL AUTHORIZER BOARD, DEFENDANTS

By:    LYNN FITCH, ATTORNEY GENERAL
        STATE OF MISSISSIPPI

By:    <u>s/ Lisa A. Reppeto</u>
        LISA A. REPPETO (MSB #99978)
        Special Assistant Attorney General

STATE OF MISSISSIPPI
OFFICE OF THE ATTORNEY GENERAL
CIVIL LITIGATION DIVISION
Post Office Box 220
Jackson, Mississippi 39205-0220
Tel.: (601) 359-2780
Fax: (601) 359-2003
lisa.reppeto@ago.ms.gov

ATTORNEYS FOR DEFENDANTS MISSISSIPPI COMMUNITY COLLEGE BOARD, MISSISSIPPI STATE BOARD OF EDUCATION, AND MISSISSIPPI CHARTER SCHOOL AUTHORIZER BOARD

## **CERTIFICATE OF SERVICE**

I, Rex M. Shannon III, Special Assistant Attorney General and attorney for the above-named defendants, do hereby certify that I have this date caused to be filed with the Clerk of the Court a true and correct copy of the above and foregoing via the Court's ECF filing system, which sent notification of such filing to all counsel of record.

THIS the 18th day of June, 2025.

s/ Lisa A. Reppeto
LISA A. REPPETO
