IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Jackson Division

**MISSISSIPPI ASSOCIATION OF EDUCATORS, BARBARA PHILLIPS, JAMES THOMAS, DAWN ZIMMERER, L.E. JIBOL, UNITED CAMPUS WORKERS SOUTHEAST LOCAL 3821, MADISYN DONLEY, ALEXIS COBBS, KAREN ADERER, FOSTERING LGBTQ+ ADVOCACY, RESOURCES, ENVIRONMENTS AND WOMEN IN SCIENCE AND ENGINEERING,**

    *Plaintiffs*,

v.

**BOARD OF TRUSTEES OF STATE INSTITUTIONS OF HIGHER LEARNING, MISSISSIPPI COMMUNITY COLLEGE BOARD, MISSISSIPPI STATE BOARD OF EDUCATION, MISSISSIPPI CHARTER SCHOOL AUTHORIZER BOARD,**

    *Defendants*.

Civil No. 3:25cv00417-HTW-LGI

**PLAINTIFFS' MOTION FOR TEMPORARY
RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

  The Plaintiffs move for a preliminary injunction prohibiting enforcement of the free speech bans contained in Sections 3(b), 3(f), 3(g), and 3(i) of House Bill 1193 of the Mississippi legislative session of 2025. This injunction will preserve the status quo pending resolution of the merits of this case. They also move for a temporary restraining order prohibiting enforcement of those sections in order to preserve the status quo while the Court considers and resolves the

1

preliminary injunction motion. The grounds for this motion are set forth in the memorandum that is being filed in support of it.

In support of this Motion, the following exhibits are attached:

1. **Exhibit 1:** WISE Declaration
2. **Exhibit 2:** Barbara Phillips Declaration
3. **Exhibit 5:** D'Andra Orey Declaration
4. **Exhibit 6:** Cliff Johnson Declaration
5. **Exhibit 7:** Jaime Harker Declaration
6. **Exhibit 8:** James Thomas Declaration
7. **Exhibit 9:** L.E. JiBol Declaration
8. **Exhibit 10:** Cliff Boler Declaration
9. **Exhibit 11:** Madisyn Donley Declaration
10. **Exhibit 12:** Alexis Cobbs Declaration
11. **Exhibit 13:** FLARE Declaration
12. **Exhibit 14:** Dawn Zimmerer Declaration
13. **Exhibit 15:** MAE Member B Declaration
14. **Exhibit 16:** HB 1193

Dated: June 18, 2025                                  Respectfully submitted,

| | |
|---|---|
| *s/ Robert B. McDuff*<br>ROBERT B. MCDUFF<br> MS Bar No. 2532<br>PALOMA WU<br> MS Bar No. 105464<br>MISSISSIPPI CENTER FOR JUSTICE<br>210 E. Capitol Street, Ste 1800<br>Jackson, MS 39201<br>601-259-8484<br>rmcduff@mscenterforjustice.org<br>pwu@mscenterforjustice.org<br><br>*s/ Amir Badat*<br>Amir Badat<br> MS Bar No. 106599<br>Badat Legal PLLC<br>P.O. Box 15<br>Tougaloo, MS 39174<br>Phone: 601-462-9592<br>amir.badat@gmail.com<br><br>*Counsel for Plaintiffs* | *s/ Joshua Tom*<br>Joshua Tom<br> MS Bar. No 105392<br>McKenna Raney<br> MS Bar No. 106330<br>Ayanna Hill<br> MS Bar No. 106590<br>American Civil Liberties Union of Mississippi Foundation, Inc.<br>P.O. Box 2242<br>Jackson, MS 39225<br>Phone: (601) 354-3408<br>jtom@aclu-ms.org<br>mraney@aclu-ms.org<br>ahill1@aclu-ms.org |

## CERTIFICATE OF SERVICE

I certify that the foregoing has been filed on the ECF system which served all counsel of record on this 18th day of June, 2025.

> *s/ Joshua Tom*
> Joshua Tom
> Co-counsel for Plaintiffs