IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Jackson Division

**MISSISSIPPI ASSOCIATION OF EDUCATORS, BARBARA PHILLIPS, JAMES THOMAS, DAWN ZIMMERER, L.E. JIBOL, UNITED CAMPUS WORKERS SOUTHEAST LOCAL 3821, MADISYN DONLEY, ALEXIS COBBS, KAREN ADERER, FOSTERING LGBTQ+ ADVOCACY, RESOURCES, ENVIRONMENTS AND WOMEN IN SCIENCE AND ENGINEERING,**

       *Plaintiffs*,

v.

**BOARD OF TRUSTEES OF STATE INSTITUTIONS OF HIGHER LEARNING, MISSISSIPPI COMMUNITY COLLEGE BOARD, MISSISSIPPI STATE BOARD OF EDUCATION, MISSISSIPPI CHARTER SCHOOL AUTHORIZER BOARD,**

       *Defendants*.

Civil No. 3:25cv00417-HTW-LGI

**SUPPLEMENT TO
PLAINTIFFS' MOTION FOR TEMPORARY
RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

This supplement is filed in order to submit three additional declarations in support of the motion:

    Supplemental Declaration of James Thomas.

    Declaration of Toshikazu Ikuta

    Declaration of Laura Mammina

Dated: June 20, 2025                                         Respectfully submitted,

| | |
|---|---|
| *s/ Robert B. McDuff*<br>ROBERT B. MCDUFF<br> MS Bar No. 2532<br>PALOMA WU<br> MS Bar No. 105464<br>MISSISSIPPI CENTER FOR JUSTICE<br>210 E. Capitol Street, Ste 1800<br>Jackson, MS 39201<br>601-259-8484<br>rmcduff@mscenterforjustice.org<br>pwu@mscenterforjustice.org<br><br>*s/ Amir Badat*<br>AMIR BADAT<br> MS Bar No. 106599<br>BADAT LEGAL PLLC<br>P.O. Box 15<br>Tougaloo, MS 39174<br>Phone: 601-462-9592<br>amir.badat@gmail.com<br><br>*Counsel for Plaintiffs* | *s/ Joshua Tom*<br>JOSHUA TOM<br> MS Bar. No 105392<br>MCKENNA RANEY<br> MS Bar No. 106330<br>AYANNA HILL<br> MS Bar No. 106590<br>AMERICAN CIVIL LIBERTIES UNION OF MISSISSIPPI FOUNDATION, INC.<br>P.O. Box 2242<br>Jackson, MS 39225<br>Phone: (601) 354-3408<br>jtom@aclu-ms.org<br>mraney@aclu-ms.org<br>ahill1@aclu-ms.org |

CERTIFICATE OF SERVICE

I certify that the foregoing has been filed on the ECF system which served all counsel of record on this 20th day of June, 2025.

<u>s/ Robert B. McDuff</u><br>
Co-counsel for Plaintiffs