IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Jackson Division

| | |
|---|---|
| MISSISSIPPI ASSOCIATION OF EDUCATORS, BARBARA PHILLIPS, JAMES THOMAS, DAWN ZIMMERER, L.E. JIBOL, UNITED CAMPUS WORKERS SOUTHEAST LOCAL 3821, MADISYN DONLEY, ALEXIS COBBS, KAREN ADERER, FOSTERING LGBTQ+ ADVOCACY, RESOURCES, ENVIRONMENTS AND WOMEN IN SCIENCE AND ENGINEERING,<br><br>*Plaintiffs*,<br><br>v.<br><br>BOARD OF TRUSTEES OF STATE INSTITUTIONS OF HIGHER LEARNING, MISSISSIPPI COMMUNITY COLLEGE BOARD, MISSISSIPPI STATE BOARD OF EDUCATION, MISSISSIPPI CHARTER SCHOOL AUTHORIZER BOARD,<br>    *Defendants*. | Civil No. _____ |

## **DECLARATION OF TOSHIKAZU IKUTA**

Pursuant to 28 U.S.C. § 1746, I, Toshikazu Ikuta make the following declaration under penalty of perjury:

1. My name is Toshikazu Ikuta. My place of residence is Southaven, Mississippi. I have been a resident of DeSoto County and the state of Mississippi for 10 years.

2. I am a tenured Associate Professor affiliated with a Carnegie R1 flagship research university in Mississippi where I have been teaching for ten years.  Previously, I received B.A. from the International Christian University in Tokyo, Japan and a PhD in Neuroscience and Linguistics form Indiana University.

3. Many of the concepts banned by HB 1193 are essential to my work and research in medical and biological sciences and are essential to my job, my academic freedom, and the exercise of my rights to free speech as part of my job. I want to continue doing my job as before.

4. My work is impacted by the following sections of HB 1193: 3(b), 3(i), 3(f), 3(g). To comply with the law I believe I would have to refrain from teaching, discussing, or addressing any matters which may increase awareness or understanding of issues related to race and sex. It is impossible to teach and study neuroanatomy and neuropathology without addressing and understanding biological factors related to race and sex. Any such discussions appear to violate HB 1193's prohibition on education which increases awareness or understanding of issues related to race and sex.

5. In the fall of 2025 I will teach Undergraduate Anatomy and Physiology for Speech Language Pathology and Undergraduate Neuroanatomy and Physiology. Both of these courses involve the teaching and discussion of neuroanatomy (the physical structure of the brain and nervous system) and neurophysiology (the function of the brain and nervous system). There are observable differences in neuroanatomy and neurophysiology that correlate with race and sex, but education regarding those correlations may violate 3(b), 3(f), 3(g), and 3(i). Specifically, studies have shown that Parkinson's disease is more prevalent in individuals of Caucasian descent, and that schizophrenia is more likely to present in young men. Discussion and study of these facts likely violates HB 1193's prohibitions.

6. The study of Speech Pathology necessarily involves understanding a patient's speech patterns and accent which is often informed by factors related to race and national origin. Discussing variable presentations of or treatments for speech and language pathologies may necessarily involve addressing matters which increase awareness or understanding of race or national origin in violation of sections 3(b), 3(f), 3(g), and 3(i).

7. I am afraid that by teaching and interacting in the classroom, I will face consequences such as complaints from students or others that my instruction or discussion violate HB 1193 and which could result in my suffering penalties under the law. If my school loses all state funding, I will lose my employment.

8. The American Speech-Language-Hearing Association (ASHA) is the national professional, scientific, and credentialing association for 241,000 members, certificate holders, and affiliates who are audiologists; speech-language pathologists; speech, language, and hearing scientists; audiology and speech-language pathology assistants; and students. ASHA maintains a Diversity, Equity and Inclusion statement that includes the following: "[w]e believe that representation matters, that culturally responsive care is a clinical imperative, and that quality service and optimal outcomes are best achieved by professionals who engage in self-reflection and address power imbalances inherent to (a) educational and health care systems and (b) relationships with clients, patients, students, and families." In the past, ASHA has included compliance with diversity, equity, and inclusion initiatives as part of its accreditation requirements. It is unclear to me if this requirement will be relaxed or changed in response to the implantation of HB 1193, but the prohibitions in the law could affect my departments accreditation with ASHA.

9. Students will receive an inferior education as a result of the law, which prevents them from discussing and learning about certain elements of biology and the practice of medicine.

10. Many provisions of the law are so broad and vague that it is unclear what I can and cannot say in my efforts to remain in compliance with the law.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed: June 18, 2025

_____
Toshikazu Ikuta

4