**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

**MISSISSIPPI ASSOCIATION OF**
**EDUCATORS, et al.**
                                      **PLAINTIFFS**

**VS.**                      **CIVIL ACTION NO. 3:25-cv-00417-HTW-LGI**

**BOARD OF TRUSTEES OF STATE**
**INSTITUTIONS OF HIGHER LEARNING,**
**et al.**                                      **DEFENDANTS**

## ENTRY OF APPEARANCE

COMES NOW Lisa A. Reppeto of the Mississippi Attorney General's Office and hereby enters her appearance in the above-styled and numbered cause as counsel of record for Defendant Board of Trustees of Institutes of Higher Learning.

THIS the 23rd day of June, 2025.

                                        Respectfully submitted,

                                        MISSISSIPPI COMMUNITY COLLEGE BOARD,
                                        MISSISSIPPI STATE BOARD OF EDUCATION,
                                        AND MISSISSIPPI CHARTER SCHOOL
                                        AUTHORIZER BOARD, DEFENDANTS

                                        By:    LYNN FITCH, ATTORNEY GENERAL
                                                 STATE OF MISSISSIPPI

                                        By:    <u>s/ Lisa A. Reppeto</u>
                                                 LISA A. REPPETO (MSB #99978)
                                               Special Assistant Attorney General

STATE OF MISSISSIPPI
OFFICE OF THE ATTORNEY GENERAL
CIVIL LITIGATION DIVISION
Post Office Box 220
Jackson, Mississippi  39205-0220
Tel.:  (601) 359-2780
Fax:  (601) 359-2003
lisa.reppeto@ago.ms.gov

ATTORNEYS FOR DEFENDANTS MISSISSIPPI COMMUNITY COLLEGE BOARD, MISSISSIPPI STATE BOARD OF EDUCATION, AND MISSISSIPPI CHARTER SCHOOL AUTHORIZER BOARD

## **CERTIFICATE OF SERVICE**

    I, Rex M. Shannon III, Special Assistant Attorney General and attorney for the above-named defendants, do hereby certify that I have this date caused to be filed with the Clerk of the Court a true and correct copy of the above and foregoing via the Court's ECF filing system, which sent notification of such filing to all counsel of record.

    THIS the 23rd day of June, 2025.

s/ Lisa A. Reppeto
LISA A. REPPETO
