IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Jackson Division

| | |
|---|---|
| MISSISSIPPI ASSOCIATION OF EDUCATORS, BARBARA PHILLIPS, JAMES THOMAS, DAWN ZIMMERER, L.E. JIBOL, UNITED CAMPUS WORKERS SOUTHEAST LOCAL 3821, MADISYN DONLEY, ALEXIS COBBS, KAREN ADERER, FOSTERING LGBTQ+ ADVOCACY, RESOURCES, ENVIRONMENTS AND WOMEN IN SCIENCE AND ENGINEERING,<br><br>*Plaintiffs*,<br><br>v.<br><br>BOARD OF TRUSTEES OF STATE INSTITUTIONS OF HIGHER LEARNING, MISSISSIPPI COMMUNITY COLLEGE BOARD, MISSISSIPPI STATE BOARD OF EDUCATION, MISSISSIPPI CHARTER SCHOOL AUTHORIZER BOARD,<br>*Defendants*. | Civil No. 3:25-cv-00417-HTW-LGI |

**NOTICE OF ATTORNEY APPEARANCE**

The undersigned, a member of the Bar of this Court, hereby enters her appearance as co-counsel for the Plaintiffs.

Dated: June 23, 2025

                                                Respectfully submitted,

                                                s/: McKenna Raney-Gray
                                                McKenna Raney-Gray (MS. Bar #106330)
                                                AMERICAN CIVIL LIBERTIES UNION
                                                OF MISSISSIPPI FOUNDATION
                                                101 South Congress Street
                                                Jackson, MS 39201
                                                (601) 354-3408
                                                mraney@aclu-ms.org

                                                *Co-Counsel for the Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that on this date all counsel of record were served with the foregoing by operation of the Court's electronic filing system on June 23, 2025.

                                                s/: McKenna Raney-Gray
                                                McKenna Raney-Gray (MS. Bar #106330)
                                                AMERICAN CIVIL LIBERTIES UNION
                                                OF MISSISSIPPI FOUNDATION
                                                101 South Congress Street
                                                Jackson, MS 39201
                                                (601) 354-3408
                                                mraney@aclu-ms.org