AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| MISSISSIPPI ASSOCIATION OF EDUCATORS, ET AL.<br><br>*Plaintiff(s)*<br>v.<br>BOARD OF TRUSTEES OF STATE INSTITUTIONS OF HIGHER LEARNING, ET AL.<br><br>*Defendant(s)* | Civil Action No. 3:25-cv-00417-HTW-LGI |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Amy Arrington, in their official capacity as Member of the Board of Trustees of State Institutions of Higher Learning c/o Attorney General Lynn Fitch, 550 High Street, Jackson, MS 39201.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joshua Tom, MS Bar No. 105392
ACLU of Mississippi
101 S. Congress Street
Jackson, MS 39201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ARTHUR JOHNSTON**
*CLERK OF COURT*

Date: 6/24/25

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| MISSISSIPPI ASSOCIATION OF EDUCATORS, ET AL.<br><br>*Plaintiff(s)*<br>v.<br>BOARD OF TRUSTEES OF STATE INSTITUTIONS OF HIGHER LEARNING, ET AL.<br><br>*Defendant(s)* | Civil Action No. 3:25-cv-00417-HTW-LGI |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Donald Clark, Jr., in their official capacity as Member of the Board of Trustees of State Institutions of Higher Learning c/o Attorney General Lynn Fitch, 550 High Street, Jackson, MS 39201.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joshua Tom, MS Bar No. 105392
ACLU of Mississippi
101 S. Congress Street
Jackson, MS 39201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ARTHUR JOHNSTON**
CLERK OF COURT

Date:  6/24/25

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| MISSISSIPPI ASSOCIATION OF EDUCATORS, ET AL.<br><br>*Plaintiff(s)*<br>v.<br>BOARD OF TRUSTEES OF STATE INSTITUTIONS OF HIGHER LEARNING, ET AL.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 3:25-cv-00417-HTW-LGI |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Ormella Cummings, in their official capacity as Member of the Board of Trustees of State Institutions of Higher Learning c/o Attorney General Lynn Fitch, 550 High Street, Jackson, MS 39201.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

>   Joshua Tom, MS Bar No. 105392
>   ACLU of Mississippi
>   101 S. Congress Street
>   Jackson, MS 39201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ARTHUR JOHNSTON**
*CLERK OF COURT*

Date:   6/24/25

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| MISSISSIPPI ASSOCIATION OF EDUCATORS, ET AL. <br><br> *Plaintiff(s)* <br><br> v. <br><br> BOARD OF TRUSTEES OF STATE INSTITUTIONS OF HIGHER LEARNING, ET AL. <br><br> *Defendant(s)* | Civil Action No. 3:25-cv-00417-HTW-LGI |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Steven Cunningham, in their official capacity as Member of the Board of Trustees of State Institutions of Higher Learning c/o Attorney General Lynn Fitch, 550 High Street, Jackson, MS 39201.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joshua Tom, MS Bar No. 105392
ACLU of Mississippi
101 S. Congress Street
Jackson, MS 39201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ARTHUR JOHNSTON**
*CLERK OF COURT*

Date: 6/24/25

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| MISSISSIPPI ASSOCIATION OF EDUCATORS, ET AL. *Plaintiff(s)* v. BOARD OF TRUSTEES OF STATE INSTITUTIONS OF HIGHER LEARNING, ET AL. *Defendant(s)* | Civil Action No. 3:25-cv-00417-HTW-LGI |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Jerry L. Griffith, in their official capacity as Member of the Board of Trustees of State Institutions of Higher Learning c/o Attorney General Lynn Fitch, 550 High Street, Jackson, MS 39201.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joshua Tom, MS Bar No. 105392
ACLU of Mississippi
101 S. Congress Street
Jackson, MS 39201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ARTHUR JOHNSTON**
*CLERK OF COURT*

Date: 6/24/25

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| MISSISSIPPI ASSOCIATION OF EDUCATORS, ET AL. <br><br> *Plaintiff(s)* <br> v. <br> BOARD OF TRUSTEES OF STATE INSTITUTIONS OF HIGHER LEARNING, ET AL. <br><br> *Defendant(s)* | Civil Action No. 3:25-cv-00417-HTW-LGI |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Jimmy Heidelberg, in their official capacity as Member of the Board of Trustees of State Institutions of Higher Learning c/o Attorney General Lynn Fitch, 550 High Street, Jackson, MS 39201.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joshua Tom, MS Bar No. 105392
ACLU of Mississippi
101 S. Congress Street
Jackson, MS 39201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ARTHUR JOHNSTON**
*CLERK OF COURT*

Date: 6/24/25

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| MISSISSIPPI ASSOCIATION OF EDUCATORS, ET AL. <br><br> *Plaintiff(s)* <br><br> v. <br><br> BOARD OF TRUSTEES OF STATE INSTITUTIONS OF HIGHER LEARNING, ET AL. <br><br> *Defendant(s)* | Civil Action No. 3:25-cv-00417-HTW-LGI |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Teresa Hubbard, in their official capacity as Member of the Board of Trustees of State Institutions of Higher Learning c/o Attorney General Lynn Fitch, 550 High Street, Jackson, MS 39201.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joshua Tom, MS Bar No. 105392
ACLU of Mississippi
101 S. Congress Street
Jackson, MS 39201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**ARTHUR JOHNSTON**
*CLERK OF COURT*

Date: 6/24/25

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| MISSISSIPPI ASSOCIATION OF EDUCATORS, ET AL. *Plaintiff(s)* v. BOARD OF TRUSTEES OF STATE INSTITUTIONS OF HIGHER LEARNING, ET AL. *Defendant(s)* | Civil Action No. 3:25-cv-00417-HTW-LGI |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Bruce Martin, in their official capacity as Member of the Board of Trustees of State Institutions of Higher Learning c/o Attorney General Lynn Fitch, 550 High Street, Jackson, MS 39201.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joshua Tom, MS Bar No. 105392
ACLU of Mississippi
101 S. Congress Street
Jackson, MS 39201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



ARTHUR JOHNSTON

CLERK OF COURT

Date: 6/24/25

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| MISSISSIPPI ASSOCIATION OF EDUCATORS, ET AL. <br><br> *Plaintiff(s)* <br> v. <br> BOARD OF TRUSTEES OF STATE INSTITUTIONS OF HIGHER LEARNING, ET AL. <br><br> *Defendant(s)* | Civil Action No. 3:25-cv-00417-HTW-LGI |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Hal Parker, in their official capacity as Member of the Board of Trustees of State Institutions of Higher Learning c/o Attorney General Lynn Fitch, 550 High Street, Jackson, MS 39201.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joshua Tom, MS Bar No. 105392
ACLU of Mississippi
101 S. Congress Street
Jackson, MS 39201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ARTHUR JOHNSTON**
*CLERK OF COURT*

Date: 6/24/25

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | | |
|---|---|---|
| MISSISSIPPI ASSOCIATION OF EDUCATORS, ET AL. | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| *Plaintiff(s)* | | |
| v. | | Civil Action No. 3:25-cv-00417-HTW-LGI |
| BOARD OF TRUSTEES OF STATE INSTITUTIONS OF HIGHER LEARNING, ET AL. | | |
| *Defendant(s)* | | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Gregg Rader, in their official capacity as Member of the Board of Trustees of State Institutions of Higher Learning c/o Attorney General Lynn Fitch, 550 High Street, Jackson, MS 39201.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

>Joshua Tom, MS Bar No. 105392
>ACLU of Mississippi
>101 S. Congress Street
>Jackson, MS 39201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**ARTHUR JOHNSTON**
*CLERK OF COURT*

Date:  6/24/25

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

| | |
|---|---|
| MISSISSIPPI ASSOCIATION OF EDUCATORS, ET AL.<br><br>*Plaintiff(s)*<br><br>v.<br><br>BOARD OF TRUSTEES OF STATE INSTITUTIONS OF HIGHER LEARNING, ET AL.<br><br>*Defendant(s)* | Civil Action No.  3:25-cv-00417-HTW-LGI |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Charlie Stephenson, in their official capacity as Member of the Board of Trustees of State Institutions of Higher Learning c/o Attorney General Lynn Fitch, 550 High Street, Jackson, MS 39201.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joshua Tom, MS Bar No. 105392
ACLU of Mississippi
101 S. Congress Street
Jackson, MS 39201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ARTHUR JOHNSTON**
*CLERK OF COURT*

Date:   6/24/25                                                              *C. Louisville*
                                                                              *Signature of Clerk or Deputy Clerk*