# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | | |
|---|---|---|
| MISSISSIPPI ASSOCIATION OF EDUCATORS, ET AL. | ) ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No.  3:25-cv-00417-HTW-LGI |
| BOARD OF TRUSTEES OF STATE INSTITUTIONS OF HIGHER LEARNING, ET AL. | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Wendi Barrett, in their official capacity as Member of the Mississipi State Board of Education c/o Attorney General Lynn Fitch, 550 High Street, Jackson, MS 39201.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
>Joshua Tom, MS Bar No. 105392
>ACLU of Mississippi
>101 S. Congress Street
>Jackson, MS 39201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



ARTHUR JOHNSTON

*CLERK OF COURT*

Date:  6/24/25

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| MISSISSIPPI ASSOCIATION OF EDUCATORS, ET AL. <br><br> *Plaintiff(s)* <br><br> v. <br><br> BOARD OF TRUSTEES OF STATE INSTITUTIONS OF HIGHER LEARNING, ET AL. <br><br> *Defendant(s)* | Civil Action No. 3:25-cv-00417-HTW-LGI |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Lance Evans, in their official capacity as Member of the Mississipi State Board of Education c/o Attorney General Lynn Fitch, 550 High Street, Jackson, MS 39201.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joshua Tom, MS Bar No. 105392
ACLU of Mississippi
101 S. Congress Street
Jackson, MS 39201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ARTHUR JOHNSTON**
*CLERK OF COURT*

Date: 6/24/25

*C. Lousville*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| MISSISSIPPI ASSOCIATION OF EDUCATORS, ET AL. <br><br> *Plaintiff(s)* <br> v. <br> BOARD OF TRUSTEES OF STATE INSTITUTIONS OF HIGHER LEARNING, ET AL. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:25-cv-00417-HTW-LGI |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Bill Jacobs, in their official capacity as Member of the Mississipi State Board of Education c/o Attorney General Lynn Fitch, 550 High Street, Jackson, MS 39201.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joshua Tom, MS Bar No. 105392
ACLU of Mississippi
101 S. Congress Street
Jackson, MS 39201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**ARTHUR JOHNSTON**

CLERK OF COURT

Date: 6/24/25

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| MISSISSIPPI ASSOCIATION OF EDUCATORS, ET AL. <br><br> *Plaintiff(s)* <br> v. <br> BOARD OF TRUSTEES OF STATE INSTITUTIONS OF HIGHER LEARNING, ET AL. <br><br> *Defendant(s)* | Civil Action No. 3:25-cv-00417-HTW-LGI |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Matt Mayo, in their official capacity as Member of the Mississipi State Board of Education c/o Attorney General Lynn Fitch, 550 High Street, Jackson, MS 39201.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Joshua Tom, MS Bar No. 105392
ACLU of Mississippi
101 S. Congress Street
Jackson, MS 39201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



ARTHUR JOHNSTON

*CLERK OF COURT*

Date: ___6/24/25___    _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| MISSISSIPPI ASSOCIATION OF EDUCATORS, ET AL. <br><br> *Plaintiff(s)* <br><br> v. <br><br> BOARD OF TRUSTEES OF STATE INSTITUTIONS OF HIGHER LEARNING, ET AL. <br><br> *Defendant(s)* | Civil Action No. 3:25-cv-00417-HTW-LGI |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Ronnie McGehee, in their official capacity as Member of the Mississipi State Board of Education c/o Attorney General Lynn Fitch, 550 High Street, Jackson, MS 39201.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joshua Tom, MS Bar No. 105392
ACLU of Mississippi
101 S. Congress Street
Jackson, MS 39201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ARTHUR JOHNSTON**
*CLERK OF COURT*

Date: 6/24/25

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| MISSISSIPPI ASSOCIATION OF EDUCATORS, ET AL. <br><br> *Plaintiff(s)* <br> v. <br> BOARD OF TRUSTEES OF STATE INSTITUTIONS OF HIGHER LEARNING, ET AL. <br><br> *Defendant(s)* | Civil Action No. 3:25-cv-00417-HTW-LGI |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Matt Miller, in their official capacity as Member of the Mississipi State Board of Education c/o Attorney General Lynn Fitch, 550 High Street, Jackson, MS 39201.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joshua Tom, MS Bar No. 105392
ACLU of Mississippi
101 S. Congress Street
Jackson, MS 39201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ARTHUR JOHNSTON**
*CLERK OF COURT*

Date: 6/24/25

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

MISSISSIPPI ASSOCIATION OF EDUCATORS, ET AL.

*Plaintiff(s)*

v.   Civil Action No. 3:25-cv-00417-HTW-LGI

BOARD OF TRUSTEES OF STATE INSTITUTIONS OF HIGHER LEARNING, ET AL.

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Mike Pruitt, in their official capacity as Member of the Mississipi State Board of Education c/o Attorney General Lynn Fitch, 550 High Street, Jackson, MS 39201.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joshua Tom, MS Bar No. 105392
ACLU of Mississippi
101 S. Congress Street
Jackson, MS 39201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ARTHUR JOHNSTON**
*CLERK OF COURT*

Date:   6/24/25

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | | |
|---|---|---|
| MISSISSIPPI ASSOCIATION OF EDUCATORS, ET AL. | ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No. 3:25-cv-00417-HTW-LGI |
| BOARD OF TRUSTEES OF STATE INSTITUTIONS OF HIGHER LEARNING, ET AL. | ) ) ) ) | |
| *Defendant(s)* | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Billye Jean Stroud, in their official capacity as Member of the Mississipi State Board of Education c/o Attorney General Lynn Fitch, 550 High Street, Jackson, MS 39201.

   A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
   Joshua Tom, MS Bar No. 105392
   ACLU of Mississippi
   101 S. Congress Street
   Jackson, MS 39201

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



ARTHUR JOHNSTON

CLERK OF COURT

Date: 6/24/25

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| MISSISSIPPI ASSOCIATION OF EDUCATORS, ET AL.<br><br>*Plaintiff(s)*<br>v.<br>BOARD OF TRUSTEES OF STATE INSTITUTIONS OF HIGHER LEARNING, ET AL.<br><br>*Defendant(s)* | Civil Action No. 3:25-cv-00417-HTW-LGI |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Mary Werner, in their official capacity as Member of the Mississipi State Board of Education c/o Attorney General Lynn Fitch, 550 High Street, Jackson, MS 39201.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joshua Tom, MS Bar No. 105392
ACLU of Mississippi
101 S. Congress Street
Jackson, MS 39201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ARTHUR JOHNSTON**
*CLERK OF COURT*

Date: _____6/24/25_____      _____C. Louisville_____
                                                  *Signature of Clerk or Deputy Clerk*