FORM 6 (ND/SD MISS. DEC. 2016)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

Mississippi Association of Educators   Plaintiff
(see attached full list)

v.

CIVIL ACTION NO.   3:25-cv-00417-HTW-LGI

Board of Trustees of State Institutions   Defendant
(see attached full list)

## APPLICATION FOR ADMISSION PRO HAC VICE

(A) Name: Nicolas M. Stanojevich

Firm Name: Quinn, Connor, Weaver, Davies & Rouco LLP

Office Address: 2 20th Street North, Suite 930

City: Brimingham   State: AL   Zip: 35203

Telephone: 205-870-9989   Fax:

E-Mail: nstanojevich@qcwdr.com

(B) Client(s): United Campus Workers Southeast Local 3821

Address: PO Box 1121

City: Athens   State: GA   Zip: 30603

Telephone:   Fax:

The following information is optional:

1

FORM 6 (ND/SD MISS. DEC. 2016)

Have you had a prior or continuing representation in other matters of one or more of the clients you propose to represent, and is there a relationship between those other matter(s) and the proceeding for which you seek admission?

No.

Do you have any special experience, expertise, or other factor that you believe makes it particularly desirable that you be permitted to represent the client(s) you propose to represent in this case?

I have regularly represented Communication Workers of America, District 3 of which United Campus Workers Southeast Local 3821 ("UCW") is a member local. I have experience with the organization, its goals, and its practices and I have over 10 years of experience representing unions in the southeastern United States.

(C)   I am admitted to practice in the:

☑ State of Georgia

☐ District of Columbia

and I am currently in good standing with that Court. A certificate to that effect, issued by the appropriate licensing authority within ninety days of the date of this Application, is enclosed; the physical address, telephone number and website/email address for that admitting Court are:

104 Marietta St. NW, Suite 100
Atlanta, GA 30303-2743
404-527-8700
www.gabar.org

All other courts before which I have been admitted to practice:

2

FORM 6 (ND/SD MISS. DEC. 2016)

| Jurisdiction | Period of Admission |
|---|---|
| USDC, Northern District of Georgia | 3/4/2019 - present |
| USDC, Middle District of Georgia | 10/27/2023 - present |
| USDC, Southern District of Georgia | 6/17/2025 - present |
| USDC, Northern District of Florida | 6/2/2023 - present |
| USDC, Middle District of Florida | 6/10/2022 - present |
| USDC, Southern District of Florida | 1/25/2016 - present |
| USDC, Northern District of Alabama | 6/14/2016 - present |
| US Court of Appeals, Eleventh Circuit | 8/1/2017 - present |
| State of Florida | 9/25/2015 - present |
| State of Alabama | 5/2/2016 - present |
| State of Georgia | 11/13/2018 - present |

(D) Have you been denied admission pro hac vice in this state? ☐ Yes  ☒ No

Have you had admission pro hac vice revoked in this state? ☐ Yes  ☒ No

Has Applicant been formally disciplined or sanctioned by any court in this state in the last five years? ☐ Yes  ☒ No

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations, the name of the person or authority bringing such proceedings; the dates the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings:

(E) Has any formal, written disciplinary proceeding ever been brought against you by a disciplinary authority in any other jurisdiction within the last five years? ☐ Yes  ☒ No

3

FORM 6 (ND/SD MISS. DEC. 2016)

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations; the name of the person or authority bringing such proceedings; the date the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings.

|  |  | Yes | No |
|---|---|---|---|
| (F) | Have you been formally held in contempt or otherwise sanctioned by any court in a written order in the last five years for disobeying its rules or orders? | ◯ | ⬤ |

If the answer was "yes," describe, as to each such order, the nature of the allegations, the name of the court before which such proceedings were conducted; the date of the contempt order or sanction, the caption of the proceedings, and the substances of the court's rulings (a copy of the written order or transcript of the oral rulings must be attached to the application).

(G) Please identify each proceeding in which you have filed an application to proceed pro hac vice in this state within the preceding two years, as follows:

| Name and Address of Court | Date of Application | Outcome of Application |
|---|---|---|

FORM 6 (ND/SD MISS. DEC. 2016)

(H)　Please identify each case in which you have appeared as counsel pro hac vice in this state within the immediately preceding twelve months, are presently appearing as counsel pro hac vice, or have pending applications for admission to appear pro hac vice, as follows:

| Name and Address of Court | Style of Case |
|---|---|
| | |

(I)　Have you read and become familiar with all the LOCAL UNIFORM CIVIL RULES OF THE UNITED STATES DISTRICT COURTS FOR THE NORTHERN AND SOUTHERN DISTRICTS OF MISSISSIPPI?　　**Yes** ●　No ○

Have you read and become familiar with the MISSISSIPPI RULES OF PROFESSIONAL CONDUCT?　　**Yes** ●　No ○

(J)　Please provide the following information about the resident attorney who has been associated for this case:

Name and Bar Number　Joshua Tom, MS Bar No. 105392

Firm Name:　American Civil Liberties Union of MS

Office Address:　101 Congress St.

City: Jackson　　State: MS　　Zip: 39201

Telephone: 601-354-3408　　Fax:

Email address: office@aclu-ms.org

5

FORM 6 (ND/SD MISS. DEC. 2016)

(K)  The undersigned resident attorney certifies that he/she agrees to the association with Applicant in this matter and to the appearance as attorney of record with Applicant.

_____
Resident Attorney

I certify that the information provided in this Application is true and correct.

6/26/2025
_____
Date

_____
Applicant's Handwritten Signature

Unless exempted by Local Rule 83.1(d)(5), the application fee established by this Court must be enclosed with this Application.

## CERTIFICATE OF SERVICE

The undersigned Resident Attorney certifies that a copy of this Application for Admission Pro Hac Vice has been mailed or otherwise served on this date on all parties who have appeared in this case.

This the __30th__ day of __June__, 20__25__.

_____
Resident Attorney

## Plaintiffs

MISSISSIPPI ASSOCIATION OF EDUCATORS

BARBARA PHILLIPS

JAMES THOMAS

DAWN ZIMMERER

L.E. JIBOL

UNITED CAMPUS WORKERS SOUTHEAST LOCAL 3821

MADISYN DONLEY

ALEXIS COBBS

KAREN ADERER

FOSTERING LGBTQ+ ADVOCACY

RESOURCES, ENVIRONMENTS AND WOMEN IN SCIENCE AND ENGINEERING

## Defendants

BOARD OF TRUSTEES OF STATE INSTITUTIONS OF HIGHER LEARNING

MISSISSIPPI COMMUNITY COLLEGE BOARD

MISSISSIPPI STATE BOARD OF EDUCATION

MISSISSIPPI CHARTER SCHOOL AUTHORIZER BOARD