**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

| | |
|---|---|
| **MISSISSIPPI ASSOCIATION OF**<br>**EDUCATORS, ET AL.** | **PLAINTIFFS** |
| **VS.** | **CIVIL ACTION NO. 3:25-cv-00417-HTW-LGI** |
| **BOARD OF TRUSTEES OF STATE**<br>**INSTITUTIONS OF HIGHER LEARNING, ET AL.** | **DEFENDANTS** |

<u>**STIPULATION OF DISMISSAL OF STATE EDUCATIONAL BOARD DEFENDANTS**</u>

Plaintiffs Mississippi Association of Educators, Barbara Phillips, James Thomas, Dawn Zimmerer, L.E. Jibol, United Campus Workers Southeast Local 3821, Madisyn Donley, Alexis Cobbs, Karen Aderer, Fostering LGBTQ+ Advocacy, Resources, Environments, and Women in Science and Engineering, pursuant to Rule 41(a)(1)(A)(ii), *Federal Rules of Civil Procedure*, hereby agree and stipulate that all claims asserted in their Complaint [ECF #1] and Amended Complaint [ECF #22] against Defendants Board of Trustees of State Institutions of Higher Learning, Mississippi Community College Board, Mississippi State Board of Education, and Mississippi Charter School Authorizer Board (collectively "State Educational Board Defendants") are hereby **DISMISSED**, such that the four (4) State Educational Board Defendants are hereby dismissed from this lawsuit, with the parties to bear their own costs and attorneys' fees. The Plaintiffs' official-capacity claims against individual board member defendants are not affected by this Stipulation.

**SO STIPULATED AND AGREED**, this the 30th day of June, 2025.

*(signatures of counsel on following page)*

(*continued from page 1 of* Stipulation of Dismissal of State Educational Board Defendants)

s/Joshua Tom                                              s/Rex M. Shannon III
ROBERT B. MCDUFF (MSB #2532)        REX M. SHANNON III (MSB #102974)
JOSHUA TOM (MSB #105392)                 Special Assistant Attorney General
ATTORNEYS FOR ALL PLAINTIFFS       LISA A. REPPETO (MSB #99978)
                                                                  Special Assistant Attorney General
                                                                  ATTORNEYS FOR ALL DEFENDANTS