**RECEIVED**

**JUN 24 2025**

**...TORNEY GENERAL'S OFFICE**



**ATTORNEY GENERAL**

Summons Receipt

Received Date: 06-24-2025   Time: 4:13pm

Capitol Police: J. Lampkin