AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

| | |
|---|---|
| MISSISSIPPI ASSOCIATION OF EDUCATORS, ET AL. | ) ) ) ) |
| _Plaintiff(s)_ | ) ) |
| v. | ) |
| BOARD OF TRUSTEES OF STATE INSTITUTIONS OF HIGHER LEARNING, ET AL. | ) ) ) ) |
| _Defendant(s)_ | ) |

Civil Action No.  3:25-cv-00417-HTW-LGI

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

> Amy Arrington, in their official capacity as Member of the Board of Trustees of State Institutions of Higher Learning c/o Attorney General Lynn Fitch, 550 High Street, Jackson, MS 39201.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Joshua Tom, MS Bar No. 105392
> ACLU of Mississippi
> 101 S. Congress Street
> Jackson, MS 39201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ARTHUR JOHNSTON**
_CLERK OF COURT_

Date:  _____6/24/25_____        _____
                                  _Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 3:25-cv-417-HTW-LGI

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Amy Arrington, Trustee

was received by me on *(date)*   6/24/25   .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   Lynn Fitch, Mississippi Attorney General   , who is

designated by law to accept service of process on behalf of *(name of organization)*

Board of Trustees of State Institutions of Higher Learning on *(date)*   6/24/25   ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $   0.00   for travel and $   0.00   for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   6/27/25

*Khytavia Fleming*
*Server's signature*

Khytavia Fleming, Legal Intern-ACLU of Mississippi
*Printed name and title*


101 South Congress Street, Jackson, MS 39201
*Server's address*


Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

| | |
|---|---|
| MISSISSIPPI ASSOCIATION OF EDUCATORS, ET AL. | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 3:25-cv-00417-HTW-LGI |
| BOARD OF TRUSTEES OF STATE INSTITUTIONS OF HIGHER LEARNING, ET AL. | ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Donald Clark, Jr., in their official capacity as Member of the Board of Trustees of State Institutions of Higher Learning c/o Attorney General Lynn Fitch, 550 High Street, Jackson, MS 39201.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Joshua Tom, MS Bar No. 105392
> ACLU of Mississippi
> 101 S. Congress Street
> Jackson, MS 39201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ARTHUR JOHNSTON**

*CLERK OF COURT*

Date:    6/24/25

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 3:25-cv-417-HTW-LGI

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*     Donald Clark, Jr., Trustee

was received by me on *(date)*     6/24/25     .

❐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*     Lynn Fitch, Mississippi Attorney General     , who is

designated by law to accept service of process on behalf of *(name of organization)*

Board of Trustees of State Institutions of Higher Learning on *(date)*     6/24/25     ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*



My fees are $     0.00     for travel and $     0.00     for services, for a total of $     0.00     .

I declare under penalty of perjury that this information is true.

Date:     6/27/25

*Khytavria Fleming*
*Server's signature*

Khytavia Fleming, Legal Intern-ACLU of Mississippi
*Printed name and title*

101 South Congress Street, Jackson, MS 39201
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

Southern District of Mississippi

| | |
|---|---|
| MISSISSIPPI ASSOCIATION OF EDUCATORS, ET AL. | ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) |
| BOARD OF TRUSTEES OF STATE INSTITUTIONS OF HIGHER LEARNING, ET AL. | ) ) ) |
| *Defendant(s)* | ) ) |

Civil Action No.  3:25-cv-00417-HTW-LGI

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Ormella Cummings, in their official capacity as Member of the Board of Trustees of State Institutions of Higher Learning c/o Attorney General Lynn Fitch, 550 High Street, Jackson, MS 39201.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Joshua Tom, MS Bar No. 105392
> ACLU of Mississippi
> 101 S. Congress Street
> Jackson, MS 39201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ARTHUR JOHNSTON**

*CLERK OF COURT*

Date: _____6/24/25_____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 3:25-cv-417-HTW-LGI

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Ormella Cummings, Trustee

was received by me on *(date)*      6/24/25          .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____, a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  Lynn Fitch, Mississippi Attorney General  , who is

designated by law to accept service of process on behalf of *(name of organization)*

Board of Trustees of State Institutions of Higher Learning on *(date)*  6/24/25       ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $    0.00      for travel and $   0.00      for services, for a total of $  0.00      .

I declare under penalty of perjury that this information is true.

Date:  6/27/25

*Khytavria Fleming*
*Server's signature*

Khytavia Fleming, Legal Intern-ACLU of Mississippi
*Printed name and title*

101 South Congress Street, Jackson, MS 39201
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

MISSISSIPPI ASSOCIATION OF EDUCATORS,
ET AL.

_____
*Plaintiff(s)*

v.

BOARD OF TRUSTEES OF STATE INSTITUTIONS
OF HIGHER LEARNING, ET AL.

_____
*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)

Civil Action No.  3:25-cv-00417-HTW-LGI

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Teresa Hubbard, in their official capacity as Member of the Board of Trustees of State
Institutions of Higher Learning c/o Attorney General Lynn Fitch, 550 High Street,
Jackson, MS 39201.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:

Joshua Tom, MS Bar No. 105392
ACLU of Mississippi
101 S. Congress Street
Jackson, MS 39201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

**ARTHUR JOHNSTON**
*CLERK OF COURT*

Date: _____6/24/25_____          _____
                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 3:25-cv-417-HTW-LGI

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Teresa Hubbard, Trustee

was received by me on *(date)*    6/24/25    .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*    Lynn Fitch, Mississippi Attorney General    , who is

designated by law to accept service of process on behalf of *(name of organization)*

Board of Trustees of State Institutions of Higher Learning on *(date)*    6/24/25    ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $    0.00    for travel and $    0.00    for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:    6/27/25

*Khytavia Fleming*
*Server's signature*

Khytavia Fleming, Legal Intern-ACLU of Mississippi
*Printed name and title*

101 South Congress Street, Jackson, MS 39201
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

MISSISSIPPI ASSOCIATION OF EDUCATORS,
ET AL.

_____
*Plaintiff(s)*

v.

BOARD OF TRUSTEES OF STATE INSTITUTIONS
OF HIGHER LEARNING, ET AL.

_____
*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)

Civil Action No.  3:25-cv-00417-HTW-LGI

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Bruce Martin, in their official capacity as Member of the Board of Trustees of State
> Institutions of Higher Learning c/o Attorney General Lynn Fitch, 550 High Street,
> Jackson, MS 39201.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Joshua Tom, MS Bar No. 105392
> ACLU of Mississippi
> 101 S. Congress Street
> Jackson, MS 39201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**ARTHUR JOHNSTON**

*CLERK OF COURT*

Date:  _____6/24/25_____          _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 3:25-cv-417-HTW-LGI

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Bruce Martin, Trustee

was received by me on *(date)*    6/24/25    .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*    Lynn Fitch, Mississippi Attorney General    , who is

designated by law to accept service of process on behalf of *(name of organization)*

Board of Trustees of State Institutions of Higher Learning on *(date)*    6/24/25    ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $    0.00    for travel and $    0.00    for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:  6/27/25

*Khytavia Fleming*
*Server's signature*

Khytavia Fleming, Legal Intern-ACLU of Mississippi
*Printed name and title*

101 South Congress Street, Jackson, MS 39201
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

| | | |
|---|---|---|
| MISSISSIPPI ASSOCIATION OF EDUCATORS, ET AL. | ) ) ) ) | |
| _Plaintiff(s)_ | ) ) | |
| v. | ) | Civil Action No.  3:25-cv-00417-HTW-LGI |
| BOARD OF TRUSTEES OF STATE INSTITUTIONS OF HIGHER LEARNING, ET AL. | ) ) ) | |
| _Defendant(s)_ | ) ) ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

> Hal Parker, in their official capacity as Member of the Board of Trustees of State Institutions of Higher Learning c/o Attorney General Lynn Fitch, 550 High Street, Jackson, MS 39201.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Joshua Tom, MS Bar No. 105392
> ACLU of Mississippi
> 101 S. Congress Street
> Jackson, MS 39201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ARTHUR JOHNSTON**

_CLERK OF COURT_

Date:  ___6/24/25___    _____
_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 3:25-cv-417-HTW-LGI

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Hal Parker, Trustee

was received by me on *(date)*    6/24/25    .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*    Lynn Fitch, Mississippi Attorney General    , who is

designated by law to accept service of process on behalf of *(name of organization)*

Board of Trustees of State Institutions of Higher Learning on *(date)*    6/24/25    ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $    0.00    for travel and $    0.00    for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:    6/27/25

*Khytavia Fleming*
*Server's signature*

Khytavia Fleming, Legal Intern-ACLU of Mississippi
*Printed name and title*

101 South Congress Street, Jackson, MS 39201
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

| | |
|---|---|
| MISSISSIPPI ASSOCIATION OF EDUCATORS, ET AL. | ) ) ) ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| BOARD OF TRUSTEES OF STATE INSTITUTIONS OF HIGHER LEARNING, ET AL. | ) ) ) |
| _____ | ) |
| *Defendant(s)* | ) |

Civil Action No.  3:25-cv-00417-HTW-LGI

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Gregg Rader, in their official capacity as Member of the Board of Trustees of State Institutions of Higher Learning c/o Attorney General Lynn Fitch, 550 High Street, Jackson, MS 39201.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joshua Tom, MS Bar No. 105392
ACLU of Mississippi
101 S. Congress Street
Jackson, MS 39201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ARTHUR JOHNSTON**

*CLERK OF COURT*

Date: _____6/24/25_____         _____
                                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:25-cv-417-HTW-LGI

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Gregg Rader, Trustee

was received by me on *(date)*  6/24/25  .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  Lynn Fitch, Mississippi Attorney General  , who is

designated by law to accept service of process on behalf of *(name of organization)*

Board of Trustees of State Institutions of Higher Learning on *(date)*  6/24/25  ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $  0.00  for travel and $  0.00  for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  6/27/25

*Khytavia Fleming*
*Server's signature*

Khytavia Fleming, Legal Intern-ACLU of Mississippi
*Printed name and title*

101 South Congress Street, Jackson, MS 39201
*Server's address*

Additional information regarding attempted service, etc:



Gregg Rader

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

| | |
|---|---|
| MISSISSIPPI ASSOCIATION OF EDUCATORS, ET AL. | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| BOARD OF TRUSTEES OF STATE INSTITUTIONS OF HIGHER LEARNING, ET AL. | ) ) ) |
| *Defendant(s)* | ) ) |

Civil Action No.  3:25-cv-00417-HTW-LGI

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

          Charlie Stephenson, in their official capacity as Member of the Board of Trustees of State Institutions of Higher Learning c/o Attorney General Lynn Fitch, 550 High Street, Jackson, MS 39201.

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

          Joshua Tom, MS Bar No. 105392
          ACLU of Mississippi
          101 S. Congress Street
          Jackson, MS 39201

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ARTHUR JOHNSTON**

*CLERK OF COURT*

Date:  _____ 6/24/25 _____

                      _____
                      *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 3:25-cv-417-HTW-LGI

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*     Charlie Stephenson, Trustee

was received by me on *(date)*     6/24/25             .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*     Lynn Fitch, Mississippi Attorney General     , who is

designated by law to accept service of process on behalf of *(name of organization)*

Board of Trustees of State Institutions of Higher Learning on *(date)*     6/24/25             ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $     0.00     for travel and $     0.00     for services, for a total of $     0.00             .

I declare under penalty of perjury that this information is true.

Date:  6/27/25

*Khytavia Fleming*
*Server's signature*

Khytavia Fleming, Legal Intern-ACLU of Mississippi
*Printed name and title*

101 South Congress Street, Jackson, MS 39201
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

| | |
|---|---|
| MISSISSIPPI ASSOCIATION OF EDUCATORS, ET AL. <br><br> *Plaintiff(s)* <br><br> v. <br><br> BOARD OF TRUSTEES OF STATE INSTITUTIONS OF HIGHER LEARNING, ET AL. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.  3:25-cv-00417-HTW-LGI |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Steven Cunningham, in their official capacity as Member of the Board of Trustees of State Institutions of Higher Learning c/o Attorney General Lynn Fitch, 550 High Street, Jackson, MS 39201.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Joshua Tom, MS Bar No. 105392
> ACLU of Mississippi
> 101 S. Congress Street
> Jackson, MS 39201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**ARTHUR JOHNSTON**

*CLERK OF COURT*

Date:  _____6/24/25_____          _____
                                                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 3:25-cv-417-HTW-LGI

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Steven Cunningham, Trustee

was received by me on *(date)*  6/24/25  .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  Lynn Fitch, Mississippi Attorney General  , who is

designated by law to accept service of process on behalf of *(name of organization)*

Board of Trustees of State Institutions of Higher Learning on *(date)*  6/24/25  ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $  0.00  for travel and $  0.00  for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  6/27/25

*Khytavia Fleming*
Server's signature

Khytavia Fleming, Legal Intern-ACLU of Mississippi
Printed name and title

101 South Congress Street, Jackson, MS 39201
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

| | |
|---|---|
| MISSISSIPPI ASSOCIATION OF EDUCATORS, ET AL. <br><br> *Plaintiff(s)* <br><br> v. <br><br> BOARD OF TRUSTEES OF STATE INSTITUTIONS OF HIGHER LEARNING, ET AL. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.  3:25-cv-00417-HTW-LGI |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Jerry L. Griffith, in their official capacity as Member of the Board of Trustees of State Institutions of Higher Learning c/o Attorney General Lynn Fitch, 550 High Street, Jackson, MS 39201.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Joshua Tom, MS Bar No. 105392
> ACLU of Mississippi
> 101 S. Congress Street
> Jackson, MS 39201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ARTHUR JOHNSTON**

*CLERK OF COURT*

Date:  _____ 6/24/25 _____        _____
                                   *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 3:25-cv-417-HTW-LGI

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Jerry L. Griffith, Trustee

was received by me on *(date)*    6/24/25          .

❑ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*    Lynn Fitch, Mississippi Attorney General    , who is

designated by law to accept service of process on behalf of *(name of organization)*

Board of Trustees of State Institutions of Higher Learning on *(date)*    6/24/25          ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*



My fees are $    0.00        for travel and $    0.00        for services, for a total of $    0.00        .

I declare under penalty of perjury that this information is true.

Date: 6/27/25

*Server's signature*

Khytavia Fleming, Legal Intern-ACLU of Mississippi
*Printed name and title*

101 South Congress Street, Jackson, MS 39201
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

MISSISSIPPI ASSOCIATION OF EDUCATORS, ET AL.

_____
*Plaintiff(s)*

v.

BOARD OF TRUSTEES OF STATE INSTITUTIONS OF HIGHER LEARNING, ET AL.

_____
*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.  3:25-cv-00417-HTW-LGI

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Jimmy Heidelberg, in their official capacity as Member of the Board of Trustees of State Institutions of Higher Learning c/o Attorney General Lynn Fitch, 550 High Street, Jackson, MS 39201.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joshua Tom, MS Bar No. 105392
ACLU of Mississippi
101 S. Congress Street
Jackson, MS 39201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ARTHUR JOHNSTON**
*CLERK OF COURT*

Date:    6/24/25    _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 3:25-cv-417-HTW-LGI

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Jimmy Heidelberg, Trustee

was received by me on *(date)*    6/24/25    .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*    Lynn Fitch, Mississippi Attorney General    , who is

designated by law to accept service of process on behalf of *(name of organization)*

Board of Trustees of State Institutions of Higher Learning on *(date)*    6/24/25    ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $    0.00    for travel and $    0.00    for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:    6/27/25

*Server's signature*

Khytavia Fleming, Legal Intern-ACLU of Mississippi
*Printed name and title*


101 South Congress Street, Jackson, MS 39201
*Server's address*


Additional information regarding attempted service, etc: