**RECEIVED**

**JUN 24 2025**

ATTORNEY GENERAL'S OFFICE



**Lynn Fitch**
ATTORNEY GENERAL

<u>Summons Receipt</u>

Received Date: 06-24-2025   Time: 4:13pm

Capitol Police: J. Lampkin