RECEIVED

JUN 24 2025

TORNEY GENERAL'S OFFICE



**Summons Receipt**

Received Date: 06-24-2025   Time: 4:13pm

Capitol Police: J. Lampkin