AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| MISSISSIPPI ASSOCIATION OF EDUCATORS, ET AL.<br><br>*Plaintiff(s)*<br>v.<br>BOARD OF TRUSTEES OF STATE INSTITUTIONS OF HIGHER LEARNING, ET AL.<br><br>*Defendant(s)* | Civil Action No. 3:25-cv-00417-HTW-LGI |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

      Jay Carney, in their official capacity as Member of the Mississipi Charter School Authorizer Board c/o Attorney General Lynn Fitch, 550 High Street, Jackson, MS 39201.

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

      Joshua Tom, MS Bar No. 105392
      ACLU of Mississippi
      101 S. Congress Street
      Jackson, MS 39201

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ARTHUR JOHNSTON**
*CLERK OF COURT*

Date: 6/24/25

*Signature of Clerk or Deputy Clerk*

Civil Action No. 3:25-cv-417-HTW-LGI

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Jay Carney, Member
was received by me on *(date)* 6/24/25 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Lynn Fitch, Mississippi Attorney General , who is designated by law to accept service of process on behalf of *(name of organization)* Mississippi Charter School Authorizer Board on *(date)* 6/24/25 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 6/27/25

*Server's signature*: Khytavia Fleming

Khytavia Fleming, Legal Intern-ACLU of Mississippi
*Printed name and title*

101 South Congress Street, Jackson, MS 39201
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | | |
|---|---|---|
| MISSISSIPPI ASSOCIATION OF EDUCATORS, ET AL. | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| *Plaintiff(s)* | | |
| v. | | Civil Action No. 3:25-cv-00417-HTW-LGI |
| BOARD OF TRUSTEES OF STATE INSTITUTIONS OF HIGHER LEARNING, ET AL. | | |
| *Defendant(s)* | | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
    Sandra McKiernon, in their official capacity as Member of the Mississipi Charter School Authorizer Board c/o Attorney General Lynn Fitch, 550 High Street, Jackson, MS 39201.

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
    Joshua Tom, MS Bar No. 105392
    ACLU of Mississippi
    101 S. Congress Street
    Jackson, MS 39201

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**ARTHUR JOHNSTON**
*CLERK OF COURT*

Date: 6/24/25

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 3:25-cv-417-HTW-LGI

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Sandra McKiernon, Member__
was received by me on *(date)* __6/24/25__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* __Lynn Fitch, Mississippi Attorney General__, who is
designated by law to accept service of process on behalf of *(name of organization)*
__Mississippi Charter School Authorizer Board__ on *(date)* __6/24/25__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ __0.00__ for travel and $ __0.00__ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __6/27/25__

*Server's signature*: Khytavia Fleming

Khytavia Fleming, Legal Intern-ACLU of Mississippi
*Printed name and title*

101 South Congress Street, Jackson, MS 39201
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| MISSISSIPPI ASSOCIATION OF EDUCATORS, ET AL. <br><br> *Plaintiff(s)* <br> v. <br> BOARD OF TRUSTEES OF STATE INSTITUTIONS OF HIGHER LEARNING, ET AL. <br><br> *Defendant(s)* | Civil Action No. 3:25-cv-00417-HTW-LGI |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Erin Meyer, in their official capacity as Member of the Mississipi Charter School Authorizer Board c/o Attorney General Lynn Fitch, 550 High Street, Jackson, MS 39201.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joshua Tom, MS Bar No. 105392
ACLU of Mississippi
101 S. Congress Street
Jackson, MS 39201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ARTHUR JOHNSTON**

*CLERK OF COURT*

Date: 6/24/25

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 3:25-cv-417-HTW-LGI

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Erin Meyer, Member
was received by me on *(date)* 6/24/25.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Lynn Fitch, Mississippi Attorney General, who is designated by law to accept service of process on behalf of *(name of organization)* Mississippi Charter School Authorizer Board on *(date)* 6/24/25 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 6/27/25

*Server's signature:* Khytavia Fleming

Khytavia Fleming, Legal Intern-ACLU of Mississippi
*Printed name and title*

101 South Congress Street, Jackson, MS 39201
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| MISSISSIPPI ASSOCIATION OF EDUCATORS, ET AL. <br><br> *Plaintiff(s)* <br> v. <br> BOARD OF TRUSTEES OF STATE INSTITUTIONS OF HIGHER LEARNING, ET AL. <br><br> *Defendant(s)* | Civil Action No. 3:25-cv-00417-HTW-LGI |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Jennifer Jackson Whittier, in their official capacity as Member of the Mississipi Charter School Authorizer Board c/o Attorney General Lynn Fitch, 550 High Street, Jackson, MS 39201.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joshua Tom, MS Bar No. 105392
ACLU of Mississippi
101 S. Congress Street
Jackson, MS 39201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



ARTHUR JOHNSTON

CLERK OF COURT

Date: 6/24/25

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 3:25-cv-417-HTW-LGI

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Jennifer Jackson Whittier, Member
was received by me on *(date)* 6/24/25 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Lynn Fitch, Mississippi Attorney General , who is
designated by law to accept service of process on behalf of *(name of organization)*
Mississippi Charter School Authorizer Board on *(date)* 6/24/25 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 6/27/25

*Server's signature* (signed) Khytavia Fleming

Khytavia Fleming, Legal Intern-ACLU of Mississippi
*Printed name and title*

101 South Congress Street, Jackson, MS 39201
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

MISSISSIPPI ASSOCIATION OF EDUCATORS, ET AL.

*Plaintiff(s)*

v.

BOARD OF TRUSTEES OF STATE INSTITUTIONS OF HIGHER LEARNING, ET AL.

*Defendant(s)*

Civil Action No. 3:25-cv-00417-HTW-LGI

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Ben Morgan, in their official capacity as Member of the Mississipi Charter School Authorizer Board c/o Attorney General Lynn Fitch, 550 High Street, Jackson, MS 39201.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joshua Tom, MS Bar No. 105392
ACLU of Mississippi
101 S. Congress Street
Jackson, MS 39201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**ARTHUR JOHNSTON**

CLERK OF COURT

Date:  6/24/25

*Signature of Clerk or Deputy Clerk*

Civil Action No. 3:25-cv-417-HTW-LGI

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Ben Morgan, Member__
was received by me on *(date)* __6/24/25__ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* __Lynn Fitch, Mississippi Attorney General__, who is designated by law to accept service of process on behalf of *(name of organization)* __Mississippi Charter School Authorizer Board__ on *(date)* __6/24/25__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ __0.00__ for travel and $ __0.00__ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __6/27/25__

*Server's signature*

Khytavia Fleming, Legal Intern-ACLU of Mississippi
*Printed name and title*

101 South Congress Street, Jackson, MS 39201
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | | |
|---|---|---|
| MISSISSIPPI ASSOCIATION OF EDUCATORS, ET AL. | ) ) ) ) ) ) ) ) ) ) ) ) | |
| *Plaintiff(s)* | | |
| v. | | Civil Action No. 3:25-cv-00417-HTW-LGI |
| BOARD OF TRUSTEES OF STATE INSTITUTIONS OF HIGHER LEARNING, ET AL. | | |
| *Defendant(s)* | | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Candace Robins, in their official capacity as Member of the Mississipi Charter School Authorizer Board c/o Attorney General Lynn Fitch, 550 High Street, Jackson, MS 39201.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

   Joshua Tom, MS Bar No. 105392
   ACLU of Mississippi
   101 S. Congress Street
   Jackson, MS 39201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



ARTHUR JOHNSTON

*CLERK OF COURT*

Date:   6/24/25

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:25-cv-417-HTW-LGI

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Candace Robins, Member**
was received by me on *(date)* **6/24/25**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* **Lynn Fitch, Mississippi Attorney General**, who is designated by law to accept service of process on behalf of *(name of organization)* **Mississippi Charter School Authorizer Board** on *(date)* **6/24/25** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ **0.00** for travel and $ **0.00** for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **6/27/25**

*Server's signature:* Khytavia Fleming

**Khytavia Fleming, Legal Intern-ACLU of Mississippi**
*Printed name and title*

**101 South Congress Street, Jackson, MS 39201**
*Server's address*

Additional information regarding attempted service, etc: