**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**MISSISSIPPI ASSOCIATION OF**
**EDUCATORS, et al.**                                                          **PLAINTIFFS**

**VS.**                                            **CIVIL ACTION NO. 3:25-cv-00417-HTW-LGI**

**BOARD OF TRUSTEES OF STATE**
**INSTITUTIONS OF HIGHER LEARNING,**
**et al.**                                                                     **DEFENDANTS**

## DEFENDANTS RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION [ECF #11]

The remaining named defendants[1] (collectively "Defendants" or "State Defendants"), by and through counsel, file this their response to Plaintiffs' motion for preliminary [ECF #11], and in support thereof would show the following:

1.      This Court does not have jurisdiction over the claims asserted by the Plaintiffs in this action and, therefore, cannot grant any relief including the preliminary injunction order sought in the present position because some or all of the plaintiffs lack standing to sue.

2.      Additionally, Plaintiffs cannot establish the requisite elements of traceability and redressability necessary for Article III standing as to many of named defendants.

3.      Defendants adopt and incorporate by reference, as if fully and completely set forth herein, the arguments and authorities set forth in previous defense filings. ECF# 17-20.[2]

---

[1] The original named defendants, Board of Trustees of State Institutions of Higher Learning, Mississippi Community College Board, Mississippi State Board of Education, and Mississippi Charter School Authorizer Board. Were dismissed from this action on June 30, 2025 by stipulation. ECF# 32.

[2] At the time these papers were filed, the original four state boards named as defendants were the only named defendants. Since, Plaintiffs have amended their complaint to add the individual members of the original defendant boards in their official capacities and the Mississippi Attorney General in her official capacity. ECF# 22. These newly joined defendants, adopt and incorporate the initial Motion to Dismiss and Response to TRO in a manner which corresponds to their respective boards. The Attorney General also adopts and incorporates all arguments raised in these prior filings. The new defendants are filing a motion to dismiss the Amended Complaint simultaneously with this

Defendants further adopt and incorporate by reference, as of full and completely set forth herein, the arguments and authorities set forth the *Memorandum of Authorities in Support of State Defendants' Response to in Opposition to Plaintiffs' Motion for Preliminary Injunction Order*, being filed contemporaneously herewith.

4.     Based on the grounds asserted herein and as further set forth in the aforementioned memorandum of authorities, Plaintiffs' motion for preliminary injunction should be denied for lack of subject-matter jurisdiction and because they have failed to meet their burden to establish the essential elements of the relief they seek.

5.   In further support of their response, Defendants submit the following:

Exhibit A     Dear Colleague Letter dated February 14, 2025.

Exhibit B     Declaration of Dr. Casey Prestwood.

Exhibit C     Declaration of Ray Kelly Smith IV.

Exhibit D     Declaration of Kymberly Wiggins.

Exhibit E     Declaration of Dr. Lisa Karmacharya

**FOR THESE REASONS,** Defendants respectfully ask this Court to enter an order DENYING Plaintiffs' Motion for Preliminary Injunction.

---

response. The State Defendants adopt and incorporate any applicable arguments raised in the aforementioned motion to dismiss here.

2

THIS the 2nd day of July, 2025.

Respectfully submitted,

LYNN FITCH, IN HER OFFICIAL CAPACITY
AS ATTORNEY GENERAL OF MISSISSIPPI;
GEE OGLETREE, IN HIS OFFICIAL CAPACITY
AS PRESIDENT OF THE BOARD OF
TRUSTEES OF STATE INSTITUTIONS OF
HIGHER LEARNING; STEVEN CUNNINGHAM,
AMY ARRINGTON, DONALD CLARK, JR.,
ORMELLA CUMMINGS, JERRY L. GRIFFITH,
JIMMY HEIDELBERG, TERESA HUBBARD,
BRUCE MARTIN, HAL PARKER, GREGG
RADER, AND CHARLIE STEPHENSON, ALL
IN THEIR OFFICIAL CAPACITIES AS
MEMBERS OF THE BOARD OF TRUSTEES OF
STATE INSTITUTIONS OF HIGHER
LEARNING; JOHN PIGOTT, IN HIS OFFICIAL
CAPACITY AS CHAIR OF THE MISSISSIPPI
COMMUNITY COLLEGE BOARD; CHERYL
THURMOND, VIDET CARMICHAEL, DONNIE
CAUGHMAN, BUBBA HUDSPETH, DOLLY
MARASCALCO, JOHNNY MCRIGHT, LUKE
MONTGOMERY, WILL SYMMES, AND
DIANNE WATSON, ALL IN THEIR OFFICIAL
CAPACITIES AS MEMBERS OF THE
MISSISSIPPI COMMUNITY COLLEGE BOARD;
GLEN EAST, IN HIS OFFICIAL CAPACITY AS
CHAIR OF THE MISSISSIPPI STATE BOARD
OF EDUCATION; MATT MILLER, LANCE
EVANS, WENDI BARRETT, MATT MAYO,
BILL JACOBS, RONNIE MCGEHEE, MIKE
PRUITT, BILLYE JEAN STROUD, AND MARY
WERNER, ALL IN THEIR OFFICIAL
CAPACITIES AS MEMBERS OF THE
MISSISSIPPI STATE BOARD OF EDUCATION;
MARCY SCOGGINS, IN HER OFFICIAL
CAPACITY AS CHAIR OF THE MISSISSIPPI
CHARTER SCHOOL AUTHORIZER BOARD;
AND JAY CARNEY, SANDRA MCKIERNON,
ERIN MEYER, BEN MORGAN, CANDACE
ROBINS, AND JENNIFER JACKSON
WHITTIER, ALL IN THEIR OFFICIAL
CAPACITIES AS MEMBERS OF THE

MISSISSIPPI CHARTER SCHOOL
AUTHORIZER BOARD, DEFENDANTS

By:    LYNN FITCH, ATTORNEY GENERAL
       STATE OF MISSISSIPPI

By:    s/Lisa A. Reppeto
       LISA A. REPPETO (MSB #99978)
       Special Assistant Attorney General

REX M. SHANNON III (MSB #102974)
LISA A. REPPETO (MSB #99978)
STATE OF MISSISSIPPI
OFFICE OF THE ATTORNEY GENERAL
CIVIL LITIGATION DIVISION
Post Office Box 220
Jackson, Mississippi 39205-0220
Tel.:  (601) 359-2780
Fax:  (601) 359-2003
rex.shannon@ago.ms.gov
lisa.reppeto@ago.ms.gov

ATTORNEYS FOR DEFENDANTS

## <u>CERTIFICATE OF SERVICE</u>

I, Lisa A. Reppeto, Special Assistant Attorney General and attorney for the above-named defendants, do hereby certify that I have this date caused to be filed with the Clerk of the Court a true and correct copy of the above and foregoing via the Court's ECF filing system, which sent notification of such filing to all counsel of record.

THIS the 2nd day of July, 2025.

<u>s/Lisa A. Reppeto</u>
LISA A. REPPETO