## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## JACKSON DIVISION

**MISSISSIPPI ASSOCIATION OF
EDUCATORS, et al.**                                               **PLAINTIFFS**

**VS.**                                    **CIVIL ACTION NO. 3:25-cv-00417-HTW-LGI**

**BOARD OF TRUSTEES OF STATE
INSTITUTIONS OF HIGHER LEARNING,
et al.**                                                          **DEFENDANTS**

## DECLARATION OF RAY KELLY SMITH IV

1. My name is Ray Kelly Smith IV. I am an adult resident of Madison County, Mississippi. I am employed by the Mississippi Community College Board as Executive Director and have been in that position since January 20, 2023.

2. I have personal knowledge of the matters set forth in this Declaration and I am competent to give this testimony.

3. As the coordinating body for the state's 15 public community colleges, our agency receives and maintains financial information, including the source of funding, for all public community colleges in Mississippi. A true and correct copy of a spread sheet I prepared reflecting revenue by source (local/state/federal) for each community college for 2022-2024 is attached to my declaration as Exhibit 1.

   This information was provided by each community college in the annual Budget Request that is required by the state's Legislative Budget Office. Copies of all budget requests can be found at https://www.lbo.ms.gov/PublicReports.

4. While the amount of federal support varies from year-to-year, public community colleges across the state receive, to varying degrees, federal funds. The loss of those funds would negatively impact the ability of an affected school to provide educational services to its students.

5. For some community colleges in Mississippi, a loss of federal funding would impair their ability to operate and meet the needs of their students.

6. Each of Mississippi's 15 public community colleges are accredited by the Southern Association of Colleges and Schools (SACS).

I declare under penalty of perjury pursuant to 28 U.S.C. §1746(2) that the foregoing is true and correct. Executed this 2nd day of July, 2025



EXHIBIT

C

Ray Kelly Smith IV
Executive Director,
Mississippi Community College Board

FY 2022 (actual)

| Coahoma | | |
|---|---|---|
| General | $6,202,137.00 | |
| EEF | $1,514,644.00 | |
| Cap Ex | $249,272.00 | |
| Indirect | $1,167,248.00 | |
| Total State | $9,133,301.00 | 30.48% |
| Federal | $8,906,408.00 | 29.72% |
| Local | $11,929,904.00 | 39.81% |
| Total | $29,969,613.00 | 100.00% |

| Co-Lin | | |
|---|---|---|
| General | $9,070,131.00 | |
| EEF | $2,272,494.00 | |
| Cap Ex | $365,103.00 | |
| Indirect | $1,911,881.00 | |
| Total State | $13,619,609.00 | 41.30% |
| Federal | $9,679,272.00 | 29.35% |
| Local | $9,675,836.00 | 29.34% |
| Total | $32,974,717.00 | 100.00% |

| East Central | | |
|---|---|---|
| General | $7,923,081.00 | |
| EEF | $1,996,589.00 | |
| Cap Ex | $271,878.00 | |
| Indirect | $1,666,481.00 | |
| Total State | $11,858,029.00 | 45.56% |
| Federal | $6,191,593.00 | 23.79% |
| Local | $7,977,832.00 | 30.65% |
| Total | $26,027,454.00 | 100.00% |

| East MS | | |
|---|---|---|
| General | $9,480,304.00 | |
| EEF | $2,449,673.00 | |
| Cap Ex | $432,041.00 | |
| Indirect | $2,141,311.00 | |
| Total State | $14,503,329.00 | 35.02% |
| Federal | $8,906,290.00 | 21.50% |
| Local | $18,005,771.00 | 43.48% |
| Total | $41,415,390.00 | 100.00% |

| Hinds | | |
|---|---|---|
| General | $24,640,617.00 | |
| EEF | $6,556,621.00 | |
| Cap Ex | $1,312,965.00 | |
| Indirect | $4,999,518.00 | |



| Total State | $37,509,721.00 | 21.91% |
|---|---|---|
| Federal | $87,725,161.00 | 51.24% |
| Local | $45,958,151.00 | 26.85% |
| Total | $171,193,033.00 | 100.00% |

| Holmes | | |
|---|---|---|
| General | $15,602,960.00 | |
| EEF | $4,263,685.00 | |
| Cap Ex | $576,171.00 | |
| Indirect | $2,694,312.00 | |
| Total State | $23,137,128.00 | 45.87% |
| Federal | $11,497,071.00 | 22.79% |
| Local | $15,806,324.00 | 31.34% |
| Total | $50,440,523.00 | 100.00% |

| Itawamba | | |
|---|---|---|
| General | $13,782,378.00 | |
| EEF | $3,623,215.00 | |
| Cap Ex | $612,183.00 | |
| Indirect | $2,850,621.00 | |
| Total State | $20,868,397.00 | 38.32% |
| Federal | $11,165,752.00 | 20.50% |
| Local | $22,422,482.00 | 41.17% |
| Total | $54,456,631.00 | 100.00% |

| Jones | | |
|---|---|---|
| General | $12,448,364.00 | |
| EEF | $3,301,634.00 | |
| Cap Ex | $555,906.00 | |
| Indirect | $2,244,997.00 | |
| Total State | $18,550,901.00 | 33.37% |
| Federal | $13,237,949.00 | 23.81% |
| Local | $23,810,769.00 | 42.83% |
| Total | $55,599,619.00 | 100.00% |

| Meridian | | |
|---|---|---|
| General | $10,226,818.00 | |
| EEF | $2,657,396.00 | |
| Cap Ex | $351,157.00 | |
| Indirect | $2,228,299.00 | |
| Total State | $15,463,670.00 | 40.51% |
| Federal | $8,346,718.00 | 21.86% |
| Local | $14,364,528.00 | 37.63% |
| Total | $38,174,916.00 | 100.00% |

| MS Delta | | |
|---|---|---|
| General | $7,615,282.00 | |

| | | |
|---|---|---|
| EEF | $1,861,155.00 | |
| Cap Ex | $323,680.00 | |
| Indirect | $1,991,382.00 | |
| Total State | $11,791,499.00 | 37.48% |
| Federal | $8,816,841.00 | 28.03% |
| Local | $10,850,505.00 | 34.49% |
| Total | $31,458,845.00 | 100.00% |

| MS Gulf Coast | | |
|---|---|---|
| General | $22,192,609.00 | |
| EEF | $6,106,085.00 | |
| Cap Ex | $992,562.00 | |
| Indirect | $7,667,130.00 | |
| Total State | $36,958,386.00 | 33.36% |
| Federal | $36,696,838.00 | 33.13% |
| Local | $37,124,134.00 | 33.51% |
| Total | $110,779,358.00 | 100.00% |

| NE | | |
|---|---|---|
| General | $10,881,878.00 | |
| EEF | $2,799,250.00 | |
| Cap Ex | $436,876.00 | |
| Indirect | $2,451,190.00 | |
| Total State | $16,569,194.00 | 44.14% |
| Federal | $5,783,294.00 | 15.40% |
| Local | $15,189,554.00 | 40.46% |
| Total | $37,542,042.00 | 100.00% |

| NW | | |
|---|---|---|
| General | $17,175,400.00 | |
| EEF | $4,587,913.00 | |
| Cap Ex | $707,581.00 | |
| Indirect | $2,393,220.00 | |
| Total State | $24,864,114.00 | 38.88% |
| Federal | $8,306,093.00 | 12.99% |
| Local | $30,782,344.00 | 48.13% |
| Total | $63,952,551.00 | 100.00% |

| Pearl River | | |
|---|---|---|
| General | $14,742,453.00 | |
| EEF | $4,026,547.00 | |
| Cap Ex | $552,006.00 | |
| Indirect | $3,231,973.00 | |
| Total State | $22,552,979.00 | 47.51% |
| Federal | $2,570,459.00 | 5.41% |
| Local | $22,350,240.00 | 47.08% |
| Total | $47,473,678.00 | 100.00% |

| SW | | |
|---|---|---|
| General | $7,317,310.00 | |
| EEF | $1,868,045.00 | |
| Cap Ex | $260,518.00 | |
| Indirect | $1,420,932.00 | |
| Total State | $10,866,805.00 | 54.16% |
| Federal | $787,265.00 | 3.92% |
| Local | $8,408,882.00 | 41.91% |
| Total | $20,062,952.00 | 100.00% |

FY 2023 (actual)

| Coahoma | | |
|---|---|---|
| General | $6,968,397.00 | |
| EEF | $2,119,245.00 | |
| Cap Ex | $314,264.00 | |
| Indirect | $1,321,268.00 | |
| Total State | $10,723,174.00 | 35.33% |
| Federal | $7,325,556.00 | 24.13% |
| Local | $12,306,500.00 | 40.54% |
| Total | $30,355,230.00 | 100.00% |

| Co-Lin | | |
|---|---|---|
| General | $9,884,478.00 | |
| EEF | $2,937,695.00 | |
| Cap Ex | $460,254.00 | |
| Indirect | $2,834,268.00 | |
| Total State | $16,116,695.00 | 49.69% |
| Federal | $2,760,141.00 | 8.51% |
| Local | $13,556,115.00 | 41.80% |
| Total | $32,432,951.00 | 100.00% |

| East Central | | |
|---|---|---|
| General | $8,229,875.00 | |
| EEF | $2,482,370.00 | |
| Cap Ex | $437,502.00 | |
| Indirect | $1,642,377.00 | |
| Total State | $12,792,124.00 | 59.85% |
| Federal | $343,847.00 | 1.61% |
| Local | $8,239,047.00 | 38.55% |
| Total | $21,375,018.00 | 100.00% |

| East MS | | |
|---|---|---|
| General | $10,771,099.00 | |
| EEF | $3,359,248.00 | |
| Cap Ex | $533,725.00 | |
| Indirect | $1,937,771.00 | |
| Total State | $16,601,843.00 | 36.56% |
| Federal | $5,622,153.00 | 12.38% |
| Local | $23,190,761.00 | 51.06% |
| Total | $45,414,757.00 | 100.00% |

| Hinds | | |
|---|---|---|
| General | $26,776,991.00 | |
| EEF | $8,440,548.00 | |
| Cap Ex | $1,785,361.00 | |
| Indirect | $5,308,278.00 | |

| Total State | $42,311,178.00 | 31.40% |
|---|---|---|
| Federal | $44,463,742.00 | 32.99% |
| Local | $47,991,404.00 | 35.61% |
| Total | $134,766,324.00 | 100.00% |

| Holmes | | |
|---|---|---|
| General | $15,759,503.00 | |
| EEF | $4,978,209.00 | |
| Cap Ex | $734,015.00 | |
| Indirect | $12,342,593.00 | |
| Total State | $33,814,320.00 | 62.92% |
| Federal | $8,052,829.00 | 14.98% |
| Local | $11,875,775.00 | 22.10% |
| Total | $53,742,924.00 | 100.00% |

| Itawamba | | |
|---|---|---|
| General | $13,917,260.00 | |
| EEF | $4,219,686.00 | |
| Cap Ex | $760,710.00 | |
| Indirect | $4,785,523.00 | |
| Total State | $23,683,179.00 | 41.08% |
| Federal | $8,209,950.00 | 14.24% |
| Local | $25,754,309.00 | 44.68% |
| Total | $57,647,438.00 | 100.00% |

| Jones | | |
|---|---|---|
| General | $13,356,294.00 | |
| EEF | $4,202,116.00 | |
| Cap Ex | $676,327.00 | |
| Indirect | $5,625,810.00 | |
| Total State | $23,860,547.00 | 45.61% |
| Federal | $4,077,131.00 | 7.79% |
| Local | $24,375,627.00 | 46.60% |
| Total | $52,313,305.00 | 100.00% |

| Meridian | | |
|---|---|---|
| General | $10,541,577.00 | |
| EEF | $3,229,348.00 | |
| Cap Ex | $422,691.00 | |
| Indirect | $3,401,736.00 | |
| Total State | $17,595,352.00 | 51.02% |
| Federal | $2,075,367.00 | 6.02% |
| Local | $14,813,420.00 | 42.96% |
| Total | $34,484,139.00 | 100.00% |

| MS Delta | | |
|---|---|---|
| General | $8,043,589.00 | |

| EEF | $2,359,439.00 | |
| Cap Ex | $372,587.00 | |
| Indirect | $2,690,759.00 | |
| Total State | $13,466,374.00 | 48.53% |
| Federal | $3,731,383.00 | 13.45% |
| Local | $10,552,655.00 | 38.03% |
| Total | $27,750,412.00 | 100.00% |

| MS Gulf Coast | | |
|---|---|---|
| General | $23,031,005.00 | |
| EEF | $7,321,613.00 | |
| Cap Ex | $1,292,212.00 | |
| Indirect | $7,419,016.00 | |
| Total State | $39,063,846.00 | 42.65% |
| Federal | $7,373,142.00 | 8.05% |
| Local | $45,157,967.00 | 49.30% |
| Total | $91,594,955.00 | 100.00% |

| NE | | |
|---|---|---|
| General | $12,308,722.00 | |
| EEF | $3,833,368.00 | |
| Cap Ex | $584,522.00 | |
| Indirect | $3,986,750.00 | |
| Total State | $20,713,362.00 | 50.53% |
| Federal | $4,648,899.00 | 11.34% |
| Local | $15,626,307.00 | 38.12% |
| Total | $40,988,568.00 | 100.00% |

| NW | | |
|---|---|---|
| General | $18,490,238.00 | |
| EEF | $5,820,584.00 | |
| Cap Ex | $869,579.00 | |
| Indirect | $10,239,705.00 | |
| Total State | $35,420,106.00 | 46.04% |
| Federal | $10,288,858.00 | 13.37% |
| Local | $31,217,642.00 | 40.58% |
| Total | $76,926,606.00 | 100.00% |

| Pearl River | | |
|---|---|---|
| General | $16,122,555.00 | |
| EEF | $5,264,429.00 | |
| Cap Ex | $712,434.00 | |
| Indirect | $5,462,285.00 | |
| Total State | $27,561,703.00 | 53.20% |
| Federal | $2,358,563.00 | 4.55% |
| Local | $21,890,441.00 | 42.25% |
| Total | $51,810,707.00 | 100.00% |

| SW | | |
|---|---|---|
| General | $7,350,974.00 | |
| EEF | $2,218,888.00 | |
| Cap Ex | $314,571.00 | |
| Indirect | $1,415,684.00 | |
| Total State | $11,300,117.00 | 51.74% |
| Federal | $1,751,930.00 | 8.02% |
| Local | $8,788,800.00 | 40.24% |
| Total | $21,840,847.00 | 100.00% |

FY 2024 (actual)

| Coahoma | | |
|---|---|---|
| General | $7,474,095.00 | |
| EEF | $2,210,861.00 | |
| Cap Ex | $320,324.00 | |
| Indirect | $1,073,078.00 | |
| Total State | $11,078,358.00 | 39.76% |
| Federal | $5,100,356.00 | 18.30% |
| Local | $11,686,886.00 | 41.94% |
| Total | $27,865,600.00 | 100.00% |

| Co-Lin | | |
|---|---|---|
| General | $10,309,496.00 | |
| EEF | $2,908,299.00 | |
| Cap Ex | $475,888.00 | |
| Indirect | $2,168,217.00 | |
| Total State | $15,861,900.00 | 48.61% |
| Federal | $2,827,766.00 | 8.67% |
| Local | $13,939,238.00 | 42.72% |
| Total | $32,628,904.00 | 100.00% |

| East Central | | |
|---|---|---|
| General | $8,665,713.00 | |
| EEF | $2,436,388.00 | |
| Cap Ex | $333,720.00 | |
| Indirect | $834,524.00 | |
| Total State | $12,270,345.00 | 49.03% |
| Federal | $948,907.00 | 3.79% |
| Local | $11,809,070.00 | 47.18% |
| Total | $25,028,322.00 | 100.00% |

| East MS | | |
|---|---|---|
| General | $10,960,002.00 | |
| EEF | $3,260,306.00 | |
| Cap Ex | $549,037.00 | |
| Indirect | $3,575,026.00 | |
| Total State | $18,344,371.00 | 38.50% |
| Federal | $5,779,608.00 | 12.13% |
| Local | $23,520,165.00 | 49.37% |
| Total | $47,644,144.00 | 100.00% |

| Hinds | | |
|---|---|---|
| General | $25,899,956.00 | |
| EEF | $7,734,479.00 | |
| Cap Ex | $1,572,580.00 | |
| Indirect | $4,178,214.00 | |

| Total State | $39,385,229.00 | 31.73% |
| Federal | $33,379,741.00 | 26.89% |
| Local | $51,367,957.00 | 41.38% |
| Total | $124,132,927.00 | 100.00% |

| Holmes | | |
| --- | --- | --- |
| General | $16,703,560.00 | |
| EEF | $5,008,350.00 | |
| Cap Ex | $719,613.00 | |
| Indirect | $3,755,412.00 | |
| Total State | $26,186,935.00 | 53.52% |
| Federal | $2,963,103.00 | 6.06% |
| Local | $19,780,923.00 | 40.43% |
| Total | $48,930,961.00 | 100.00% |

| Itawamba | | |
| --- | --- | --- |
| General | $15,700,540.00 | |
| EEF | $8,063,775.00 | |
| Cap Ex | $746,450.00 | |
| Indirect | $2,556,826.00 | |
| Total State | $27,067,591.00 | 45.34% |
| Federal | $5,981,715.00 | 10.02% |
| Local | $26,649,343.00 | 44.64% |
| Total | $59,698,649.00 | 100.00% |

| Jones | | |
| --- | --- | --- |
| General | $14,264,081.00 | |
| EEF | $4,253,575.00 | |
| Cap Ex | $686,032.00 | |
| Indirect | $3,693,282.00 | |
| Total State | $22,896,970.00 | 43.83% |
| Federal | $1,151,471.00 | 2.20% |
| Local | $28,192,380.00 | 53.97% |
| Total | $52,240,821.00 | 100.00% |

| Meridian | | |
| --- | --- | --- |
| General | $10,815,035.00 | |
| EEF | $3,170,722.00 | |
| Cap Ex | $422,850.00 | |
| Indirect | $3,102,580.00 | |
| Total State | $17,511,187.00 | 53.05% |
| Federal | $902,961.00 | 2.74% |
| Local | $14,595,875.00 | 44.22% |
| Total | $33,010,023.00 | 100.00% |

| MS Delta | | |
| --- | --- | --- |
| General | $8,348,890.00 | |

| | | |
|---|---|---|
| EEF | $2,279,571.00 | |
| Cap Ex | $375,826.00 | |
| Indirect | $1,957,022.00 | |
| Total State | $12,961,309.00 | 51.32% |
| Federal | $924,026.00 | 3.66% |
| Local | $11,368,964.00 | 45.02% |
| Total | $25,254,299.00 | 100.00% |

| | | |
|---|---|---|
| MS Gulf Coast | | |
| General | $24,189,868.00 | |
| EEF | $7,168,432.00 | |
| Cap Ex | $1,223,275.00 | |
| Indirect | $9,430,741.00 | |
| Total State | $42,012,316.00 | 45.95% |
| Federal | $5,053,902.00 | 5.53% |
| Local | $44,368,200.00 | 48.52% |
| Total | $91,434,418.00 | 100.00% |

| | | |
|---|---|---|
| NE | | |
| General | $11,877,816.00 | |
| EEF | $3,415,372.00 | |
| Cap Ex | $693,405.00 | |
| Indirect | $3,755,030.00 | |
| Total State | $19,741,623.00 | 46.73% |
| Federal | $5,018,089.00 | 11.88% |
| Local | $17,484,795.00 | 41.39% |
| Total | $42,244,507.00 | 100.00% |

| | | |
|---|---|---|
| NW | | |
| General | $20,965,377.00 | |
| EEF | $6,332,510.00 | |
| Cap Ex | $859,333.00 | |
| Indirect | $4,947,896.00 | |
| Total State | $33,105,116.00 | 49.06% |
| Federal | $3,473,606.00 | 5.15% |
| Local | $30,898,428.00 | 45.79% |
| Total | $67,477,150.00 | 100.00% |

| | | |
|---|---|---|
| Pearl River | | |
| General | $18,253,994.00 | |
| EEF | $5,648,734.00 | |
| Cap Ex | $720,224.00 | |
| Indirect | $3,998,295.00 | |
| Total State | $28,621,247.00 | 52.18% |
| Federal | $3,020,653.00 | 5.51% |
| Local | $23,204,152.00 | 42.31% |
| Total | $54,846,052.00 | 100.00% |

| SW | | |
|---|---|---|
| General | $8,184,157.00 | |
| EEF | $2,394,412.00 | |
| Cap Ex | $301,443.00 | |
| Indirect | $1,480,746.00 | |
| Total State | $12,360,758.00 | 55.29% |
| Federal | $1,686,792.00 | 7.55% |
| Local | $8,308,419.00 | 37.16% |
| Total | $22,355,969.00 | 100.00% |