IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

MISSISSIPPI ASSOCIATION OF
EDUCATORS, et al.                                                    **PLAINTIFFS**

VS.                               CIVIL ACTION NO. 3:25-cv-00417-HTW-LGI

BOARD OF TRUSTEES OF STATE
INSTITUTIONS OF HIGHER LEARNING,
et al.                                                               **DEFENDANTS**

### DECLARATION OF (MCSAB REP)

1.  My name is Lisa Karmacharya. I am an adult resident of Rankin County, Mississippi. I am employed by the Mississippi Charter School Authorizer Board as Executive Director and have been in that position since February 19, 2019.

2.  I have personal knowledge of the matters set forth in this Declaration and I am competent to give this testimony.

3.  As part of my job, I receive and maintain financial information, including the source of funding, for all Charter Schools in Mississippi. A true and correct copy of a spread sheet I prepared reflecting revenue by source (local/state/federal) for Mississippi Charter Schools is attached to my declaration as Exhibit 1.

4.  On average, Mississippi Charter Schools received 31% of their funding for (FY25) from the federal government.

5.  For most Charter Schools in Mississippi, a loss of federal funding would be detrimental to their ability to operate and meet the needs of their students.

I declare under penalty of perjury pursuant to 28 U.S.C. §1746(2) that the foregoing is true and correct. Executed this _ day of July, 2025

_____
NAME Lisa Karmacharya, Ed.D.
Executive Director
Mississippi Charter School Authorizer
Board

**EXHIBIT E**

| School Name | Ambiton Prep | Clarksdale Collegiate | Instant Impact Global Prep |
|---|---|---|---|
| Local | 2308405 | 1941704 | 709896 |
| State | 3496959 | 5112597 | 655755 |
| Federal | 1924493 | 2975379 | 665640 |
| **Total Revenues** | **7729857** | **10029680** | **2031291** |
| % Local | 30% | 19% | 35% |
| % State | 45% | 51% | 32% |
| % Federal | 25% | 30% | 33% |

| Average All Revenue All Schools | |
|---|---|
| | **5370741.5** |
| Average Local | **23%** |
| Average State | **46%** |
| Average Federal | **31%** |


EXHIBIT 1

| Smilow Prep | SR1 CPSA |
|---:|---:|
| 1297371 | 70564 |
| 3892115 | 123006 |
| 1407243 | 1485980 |
| **6596729** | **1679550** |
| 20% | 4% |
| 59% | 7% |
| 21% | 89% |