IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Jackson Division

**MISSISSIPPI ASSOCIATION OF EDUCATORS, BARBARA PHILLIPS, JAMES THOMAS, DAWN ZIMMERER, L.E. JIBOL, UNITED CAMPUS WORKERS SOUTHEAST LOCAL 3821, MADISYN DONLEY, ALEXIS COBBS, KAREN ADERER, FOSTERING LGBTQ+ ADVOCACY, RESOURCES, ENVIRONMENTS AND WOMEN IN SCIENCE AND ENGINEERING,**

*Plaintiffs*,

v.

**LYNN FITCH, ET AL.,**

*Defendants*.

Civil No. 3:25cv00417-HTW-LGI

### PLAINTIFF MISSISSIPPI ASSOCIATION OF EDUCATORS' MOTION TO BE REMOVED AS PLAINTIFF

Plaintiff Mississippi Association of Educators ("MAE"), through undersigned counsel, hereby requests, pursuant to Rule 21 of the Federal Rules of Civil Procedure, that it be removed as a plaintiff. In support thereof, MAE sets forth as follows:

1. Rule 21 provides that the Court "may at any time, on just terms, add or drop a party."

2. MAE has informed counsel today that it does not wish to be a plaintiff in this matter and wants to be removed from the case altogether.

3. Counsel for Plaintiffs anticipate requesting in the near future leave to add plaintiffs whose position regarding the constitutionality of H.B. 1193 and the harm they will

1

suffer is identical to MAE. As a result, Defendants will suffer no prejudice as a result of MAE's dismissal, and the interests of judicial economy will not be implicated.

4. This motion is filed pursuant to counsel's duty of candor to the Court.

Based on the foregoing, Plaintiff MAE respectfully requests that it be removed from this action. Plaintiff MAE requests further that its name not be listed in the style of the case following its removal as a party.

Dated: July 11, 2025                                              Respectfully submitted,

| | |
|---|---|
| *s/ Robert B. McDuff*<br>Robert B. McDuff<br> MS Bar No. 2532<br>Paloma Wu<br> MS Bar No. 105464<br>Mississippi Center For Justice<br>210 E. Capitol Street, Ste 1800<br>Jackson, MS 39201<br>Phone: (601) 259-8484<br>rmcduff@mscenterforjustice.org<br>pwu@mscenterforjustice.org<br><br>Amir Badat<br> MS Bar No. 106599<br>Badat Legal PLLC<br>P.O. Box 15<br>Tougaloo, MS 39174<br>Phone: (601) 462-9592<br>amir.badat@gmail.com | *s/ Joshua Tom*<br>Joshua Tom<br> MS Bar. No 105392<br>McKenna Raney<br> MS Bar No. 106330<br>Ayanna Hill<br> MS Bar No. 106590<br>American Civil Liberties Union of Mississippi Foundation, Inc.<br>P.O. Box 2242<br>Jackson, MS 39225<br>Phone: (601) 354-3408<br>jtom@aclu-ms.org<br>mraney@aclu-ms.org<br>ahill1@aclu-ms.org<br><br>Nicolas Stanojevich*<br>Quinn, Connor, Weaver, Davies & Rouco LLP<br>2 20th Street North, Suite 930<br>Birmingham, AL 35203<br>Phone: (205) 870-9989<br>nstanojevich@qcwdr.com<br>*Admitted Pro Hac Vice<br><br>Counsel for Plaintiffs |

2

## CERTIFICATE OF SERVICE

I certify that the foregoing has been filed on the ECF system which served all counsel of record on this 11th day of July, 2025.

*s/ Joshua Tom*
Joshua Tom
Co-counsel for Plaintiffs