# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**MISSISSIPPI ASSOCIATION OF EDUCATORS, et al.**                                    **PLAINTIFFS**

**v.**                                              **CIVIL ACTION NO. 3:25-cv-00417-HTW-LGI**

**BOARD OF TRUSTEES OF STATE**
**INSTITUTIONS OF HIGHER LEARNING, et al.**                                    **DEFENDANTS**

## ORDER GRANTING UNOPPOSED MOTION FOR CONTINUANCE

On July 20, 2025, this Court directed the parties to appear at a hearing on the Plaintiffs' Motion for a Preliminary Injunction on Wednesday, July 23, 2025, at 9:30 A.M. In that same instrument, this Court granted the Temporary Restraining Order sought by the Plaintiffs, as a prelude to a subsequent preliminary injunction hearing.

On this day, July 21, 2025, the Plaintiffs filed a motion [ECF No. 52] to continue the July 23rd hearing; that motion is unopposed. Plaintiffs maintain that all of their counsel will not be available on July 23, 2025, and in fact, may be out of the country. Plaintiffs further indicate that they may seek to amend their Complaint, which development will affect this Court's scheduling.

Accordingly, this Court GRANTS the Plaintiffs' Unopposed Motion to continue the July 23, 2025, hearing, until **Tuesday, August 5, 2025, at 9:30 A.M.**

SO ORDERED AND ADJUDGED this the  21st   day of  July    , 2025.

/s/HENRY T. WINGATE
**UNITED STATES DISTRICT COURT JUDGE**