**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**Jackson Division**

**MISSISSIPPI ASSOCIATION OF EDUCATORS,[1] ET AL.,**

    *Plaintiffs*,

v.

**LYNN FITCH, ET AL.,**

    *Defendants*.

Civil No. 3:25cv00417-HTW-LGI

## NOTICE OF APPEARANCE

The undersigned, a member of the Bar of this Court, hereby enters his appearance as co-counsel for the Plaintiffs.

Dated: July 24, 2025

Respectfully submitted,

*s/ AMIR BADAT*
AMIR BADAT
 MS BAR NO. 106599
BADAT LEGAL PLLC
P.O. BOX 15
TOUGALOO, MS 39174
PHONE: 601-462-9592
AMIR.BADAT@GMAIL.COM

*COUNSEL FOR PLAINTIFFS*

---

[1] Plaintiff Mississippi Association of Educators has filed a Motion to be Removed as Plaintiff. Dkt. 45.