## Lisa Reppeto

| | |
|---|---|
| **From:** | Navketan Aujla <Navketan_Desai@mssd.uscourts.gov> |
| **Sent:** | Tuesday, July 22, 2025 9:06 PM |
| **To:** | rbm_mcdufflaw.com; ahill@aclu-ms.org; Joshua Tom; Lisa Reppeto; McKenna Raney-Gray; nstanojevich@qcwdr.com; Paloma Wu; Rex Shannon |
| **Cc:** | Impact Law Clerk 1; bfeldman89@recap.email; Erica Mannery-Barker; razawu@gmail.com; razawu.gmail.com@recap.email |
| **Subject:** | Re: 3:25-cv-00417-HTW-LGI Mississippi Association of Educators et al v. Board of Trustees of State Institutions of Higher Learning et al |

All,

The Amended/Corrected Order is now available on ECF. Please disregard this Court's previous instructions.

Thank you.



*Navketan Aujla*
Law Clerk to Hon. Henry T. Wingate
United States District Court
Southern District of Mississippi
501 East Court Street
Jackson, MS 39201
Tel: (601) 608-4100
Fax: (601) 608-4109
Email: navketan_aujla@mssd.uscourts.gov

---

**From:** Navketan Aujla <Navketan_Desai@mssd.uscourts.gov>
**Sent:** Tuesday, July 22, 2025 3:31 PM
**To:** rbm_mcdufflaw.com <rbm@mcdufflaw.com>; ahill@aclu-ms.org <ahill@aclu-ms.org>; Joshua Tom <jtom@aclu-ms.org>; lisa.reppeto@ago.ms.gov <lisa.reppeto@ago.ms.gov>; McKenna Raney-Gray <mraney-gray@aclu-ms.org>; nstanojevich@qcwdr.com <nstanojevich@qcwdr.com>; Paloma Wu <pwu@mscenterforjustice.org>; Rex Shannon <rex.shannon@ago.ms.gov>
**Cc:** Impact Law Clerk 1 <impactlawclerk1@mscenterforjustice.org>; bfeldman89@recap.email <bfeldman89@recap.email>; Erica Mannery-Barker <embarker@aclu-ms.org>; razawu@gmail.com <razawu@gmail.com>; razawu.gmail.com@recap.email <razawu.gmail.com@recap.email>
**Subject:** 3:25-cv-00417-HTW-LGI Mississippi Association of Educators et al v. Board of Trustees of State Institutions of Higher Learning et al

Good Afternoon, All:

Judge Wingate has requested that the parties submit and Agreed (or Unopposed) Order granting the most recent Motion [54], seeking clarification. Electronic signatures will suffice.

1

**EXHIBIT**

*B*

Thank you.



*Navketan Aujla*
Law Clerk to Hon. Henry T. Wingate
United States District Court
Southern District of Mississippi
501 East Court Street
Jackson, MS   39201
Tel:  (601) 608-4100
Fax:  (601) 608-4109
Email:  navketan_aujla@mssd.uscourts.gov