Lisa Reppeto

| | |
|---|---|
| From: | cmecfhelpdesk@mssd.uscourts.gov |
| Sent: | Wednesday, July 23, 2025 11:05 AM |
| To: | Courtmail@mssd.uscourts.gov |
| Subject: | Activity in Case 3:25-cv-00417-HTW-LGI Mississippi Association of Educators et al v. Board of Trustees of State Institutions of Higher Learning et al Order on Motion to Amend/Correct |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

**Southern District of Mississippi**

## Notice of Electronic Filing

The following transaction was entered on 7/23/2025 at 11:05 AM CDT and filed on 7/23/2025

| | |
|---|---|
| **Case Name:** | Mississippi Association of Educators et al v. Board of Trustees of State Institutions of Higher Learning et al |
| **Case Number:** | 3:25-cv-00417-HTW-LGI |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**TEXT ONLY ORDER granting [54] Unopposed Motion to Amend/Correct. NO FURTHER WRITTEN ORDER SHALL FOLLOW. Signed by District Judge Henry T. Wingate on 7/23/2025 (nd)**

**3:25-cv-00417-HTW-LGI Notice has been electronically mailed to:**

Ayanna Denise Hill    ahill@aclu-ms.org

Joshua F. Tom    jtom@aclu-ms.org, embarker@aclu-ms.org

Lisa A. Reppeto-State Gov    lisa.reppeto@ago.ms.gov

McKenna E. Raney-Gray    mraney-gray@aclu-ms.org



EXHIBIT
E

Nicolas M. Stanojevich - PHV    nstanojevich@qcwdr.com

Paloma Wu    pwu@mscenterforjustice.org, ImpactLawClerk1@mscenterforjustice.org, razawu@gmail.com, razawu.gmail.com@recap.email

Rex M. Shannon, III-State Gov    rex.shannon@ago.ms.gov

Robert B. McDuff    RBM@McDuffLaw.com, bfeldman89@recap.email, ImpactLawClerk1@mscenterforjustice.org

**3:25-cv-00417-HTW-LGI Notice has been delivered by other means to:**