**Lisa Reppeto**

| | |
|---|---|
| **From:** | cmecfhelpdesk@mssd.uscourts.gov |
| **Sent:** | Wednesday, July 23, 2025 11:06 AM |
| **To:** | Courtmail@mssd.uscourts.gov |
| **Subject:** | Activity in Case 3:25-cv-00417-HTW-LGI Mississippi Association of Educators et al v. Board of Trustees of State Institutions of Higher Learning et al Order on Motion for Preliminary Injunction |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**Southern District of Mississippi**

**Notice of Electronic Filing**

The following transaction was entered on 07/20/2025 at 4:28:21 PM CDT and filed on 07/20/2025

| | |
|---|---|
| **Case Name:** | Mississippi Association of Educators et al v. Board of Trustees of State Institutions of Higher Learning et al |
| **Case Number:** | 3:25-cv-00417-HTW-LGI |
| **Filer:** | |
| **Document Number:** | 51 |

**Docket Text:**
**ORDER granting [11] Motion for Temporary Restraining Order ONLY. This Court has not yet ruled on the Plaintiffs' Motion for a Preliminary Injunction. Signed by District Judge Henry T. Wingate on 7/20/2025 (nd) (Main Document 51 replaced on 7/23/2025) (ND).**

**3:25-cv-00417-HTW-LGI Notice has been electronically mailed to:**

Robert B. McDuff    RBM@McDuffLaw.com, ImpactLawClerk1@mscenterforjustice.org, bfeldman89@recap.email

Paloma Wu    pwu@mscenterforjustice.org, ImpactLawClerk1@mscenterforjustice.org, razawu@gmail.com, razawu.gmail.com@recap.email

Joshua F. Tom    jtom@aclu-ms.org, embarker@aclu-ms.org

**EXHIBIT**
**F**

1

Rex M. Shannon, III-State Gov    rex.shannon@ago.ms.gov

McKenna E. Raney-Gray    mraney-gray@aclu-ms.org

Ayanna Denise Hill    ahill@aclu-ms.org

Lisa A. Reppeto-State Gov    lisa.reppeto@ago.ms.gov

Nicolas M. Stanojevich - PHV    nstanojevich@qcwdr.com

**3:25-cv-00417-HTW-LGI Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Amended Order
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1081288797 [Date=7/23/2025] [FileNumber=7179648-0
] [b8df53ce3b91dff68ab7d6c6667f50abf65bc7285ea975f4225d51fa7d63e169f85
7120b073c8e6fecb18429297deb21733b18f3c297ca1814e36faaa8b81854]]

*This is a re-generated NEF. Created on 7/23/2025 at 11:06 AM CDT*