Form 6 (ND/SD Miss. Dec. 2016)

United States District Court
SOUTHERN District of Mississippi

Mississippi Assoc of Education      Plaintiff

v.      Civil Action No.   3:25-cv-00417-HTW-LGI

Board of Trustees of State Institutio      Defendant

## APPLICATION FOR ADMISSION PRO HAC VICE

(A) Name: Richard P. Rouco

Firm Name: Quinn, Connor, Weaver, Davies and Rouco, LLP

Office Address: 2 North 20th Street, Suite 930

City: Birmingham    State: AL    Zip: 35203

Telephone: (205) 870-9989    Fax: _____

E-Mail: rrouco@qcwdr.com

(B) Client(s): United Campus Workers Southeast Local 3821

Address: P.O. Box 1121

City: Athens    State: GA   30603    Zip: _____

Telephone: _____    Fax: _____

The following information is optional:

1

FORM 6 (ND/SD MISS. DEC. 2016)

Have you had a prior or continuing representation in other matters of one or more of the clients you propose to represent, and is there a relationship between those other matter(s) and the proceeding for which you seek admission?

No.

Do you have any special experience, expertise, or other factor that you believe makes it particularly desirable that you be permitted to represent the client(s) you propose to represent in this case?

I have regularly represented Communication Workers of America, District 3 of which United Campus Workers Southeast Local 3821 ("UCW") is a member local.

(C)   I am admitted to practice in the:



☑   State of Alabama

☐   District of Columbia

and I am currently in good standing with that Court. A certificate to that effect, issued by the appropriate licensing authority within ninety days of the date of this Application, is enclosed; the physical address, telephone number and website/email address for that admitting Court are:

415 Dexter Avenue
Montgomery, AL 36104
(334) 269-1515
www.alabar.org

All other courts before which I have been admitted to practice:

FORM 6 (ND/SD MISS. DEC. 2016)

| Jurisdiction | Period of Admission |
| --- | --- |
| Alabama | 1994-present |
| United States Supreme Court | 2017-present |
| US Court of Appeals, District of Columbia | 2017-present |
| US Court of Appeals, Third Circuit | 2012-present |
| US Court of Appeals, Fourth Circuit | 2003-present |
| US Court of Appeals, Fifth Circuit | 2014-present |
| US Court of Appeals, Ninth Circuit | 2011-present |
| US Court of Appeals, Eleventh Circuit | 1995-present |
| USDC, Northern District of Alabama | 1995-present |
| USDC, Middle District of Alabama | 1994-present |
| USDC, Southern District of Alabama | 1995-present |

(D) Have you been denied admission pro hac vice in this state? Yes ◯ No ⦿

Have you had admission pro hac vice revoked in this state? Yes ◯ No ⦿

Has Applicant been formally disciplined or sanctioned by any court in this state in the last five years? Yes ◯ No ⦿

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations, the name of the person or authority bringing such proceedings; the dates the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings:

(E) Has any formal, written disciplinary proceeding ever been brought against you by a disciplinary authority in any other jurisdiction within the last five years? Yes ◯ No ⦿

3

FORM 6 (ND/SD MISS. DEC. 2016)

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations; the name of the person or authority bringing such proceedings; the date the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings.

|  |  | Yes | No |
|---|---|---|---|
| (F) | Have you been formally held in contempt or otherwise sanctioned by any court in a written order in the last five years for disobeying its rules or orders? | ○ | ●  |

If the answer was "yes," describe, as to each such order, the nature of the allegations, the name of the court before which such proceedings were conducted; the date of the contempt order or sanction, the caption of the proceedings, and the substances of the court's rulings (a copy of the written order or transcript of the oral rulings must be attached to the application).

(G)   Please identify each proceeding in which you have filed an application to proceed pro hac vice in this state within the preceding two years, as follows:

| Name and Address of Court | Date of Application | Outcome of Application |
|---|---|---|
| Perez Slay, et al. v. Georgia Pacific, LLC<br>Southern District of Mississippi | January 23, 2025 | Granted |

FORM 6 (ND/SD MISS. DEC. 2016)

(H)   Please identify each case in which you have appeared as counsel pro hac vice in this state within the immediately preceding twelve months, are presently appearing as counsel pro hac vice, or have pending applications for admission to appear pro hac vice, as follows:

| Name and Address of Court | Style of Case |
|---|---|
| | |

|  | Yes | No |
|---|---|---|
| (I) Have you read and become familiar with all the LOCAL UNIFORM CIVIL RULES OF THE UNITED STATES DISTRICT COURTS FOR THE NORTHERN AND SOUTHERN DISTRICTS OF MISSISSIPPI? | ● | ○ |
| Have you read and become familiar with the MISSISSIPPI RULES OF PROFESSIONAL CONDUCT? | ● | ○ |

(J)   Please provide the following information about the resident attorney who has been associated for this case:

Name and Bar Number    Joshua Tom, MS Bar No. 105392

Firm Name:    American Civil Liberties Union of MS

Office Address:   101 Congress Street

City: Jackson                State: MS       Zip: 39201

Telephone: (601) 354-3408        Fax:

Email address: office@aclu-ms.org

FORM 6 (ND/SD MISS. DEC. 2016)

(K)   The undersigned resident attorney certifies that he/she agrees to the association with Applicant in this matter and to the appearance as attorney of record with Applicant.

_____
Resident Attorney

I certify that the information provided in this Application is true and correct.

07/21/2025
_____
Date

_____
Applicant's Handwritten Signature

Unless exempted by Local Rule 83.1(d)(5), the application fee established by this Court must be enclosed with this Application.

## CERTIFICATE OF SERVICE

The undersigned Resident Attorney certifies that a copy of this Application for Admission Pro Hac Vice has been mailed or otherwise served on this date on all parties who have appeared in this case.

This the __29th__ day of __July_____, 20__25__.

_____
Resident Attorney

**Plaintiffs:**
Mississippi Association of Educators*
Barbara Phillips
James Thomas
Dawn Zimmerer
L.E. Jibol
United Campus Workers Southeast Local 3821
Madisyn Donley
Alexis Cobbs
Karen Aderer
Fostering LGBTQ+ Advocacy
Resources, Environments and Women in Science and Engineering

**Defendants:**
Board of Trustees of State Institutions of Higher Learning
Mississippi Community College Board
Mississippi State Board of Education
Mississippi Charter School Authorizer Board


*Plaintiff Mississippi Association of Educators has filed a Motion to be Removed as Plaintiff, Dkt. 45.