IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Jackson Division

MISSISSIPPI ASSOCIATION OF
EDUCATORS, ET AL.,[1]

    *Plaintiffs*,

v.

LYNN FITCH, ET AL.,

    *Defendants*.

Civil No. 3:25cv00417-HTW-LGI

### ORDER

Upon motion of the Plaintiffs, this Court hereby extends the July 20, 2025, Temporary Restraining Order [51] for an additional fourteen (14) days, pursuant to to the Court's authority. This will provide the Court additional time to conduct the preliminary injunction hearing on August 5, 2025, and issue a ruling on the preliminary injunction.

**SO ORDERED AND ADJUDGED** this the 1st day August, 2025.

        /s/HENRY T. WINGATE
        **UNITED STATES DISTRICT JUDGE**

---

[1] Plaintiff Mississippi Association of Educators has filed a Motion to be Removed as Plaintiff, Dkt. 45.

1