IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Jackson Division

| | |
|---|---|
| MISSISSIPPI ASSOCIATION OF EDUCATORS, ET AL.,[1] <br><br> *Plaintiffs*, <br><br> v. <br><br> LYNN FITCH, ET AL., <br> *Defendants*. | Civil No. 3:25-cv-00417-HTW-LGI |

**DECLARATION OF A MEMBER OF THE UNITED CAMPUS WORKERS SOUTHEAST LOCAL 3821**

Pursuant to 28 U.S.C. § 1746, I make the following declaration under penalty of perjury:

1. I submit this declaration anonymously due to fear of retaliation, harassment, or other adverse consequences.

2. I am over the age of eighteen and competent to make this declaration. All information contained herein is true to the best of my knowledge and personal experience.

3. I am a member of the United Campus Workers Southeast Local 3821 ("UCW").

4. UCW is a union representing over 200 faculty and graduate students on community college, college, and university campuses across Mississippi. UCW advocates for improved employment conditions and for fair treatment of its members, including by defending its members constitutional rights and academic freedom. UCW defends its members who are facing disciplinary actions and termination to ensure that they receive due process.

---

[1] Plaintiff Mississippi Association of Educators has filed a Motion to be Removed as Plaintiff, Dkt. 45.

1

5. I teach courses in literature at a community college in Mississippi. My courses aim to prepare students to think critically and compose texts for academic and professional rhetorical situations. In addition, I teach courses that survey texts representative of global, historical, and cultural diversity from the ancient world into the early modern world.

6. As part of my teaching, I regularly discuss issues related to race, sex, sexual orientation, gender, and national origin.

7. In my classroom, I strive to engage my students in rigorous and relevant literature that reflects their identities, challenges their thinking, and supports their intellectual and emotional development. I currently teach several topics, works of literature, and other materials that I fear may be banned under HB 1193 Sections 3(b), 3(f), 3(g), and 3(i).

8. One of my courses focuses on world literature. The uniting idea that inspires each paper and reading assignment is cultural literacy and examining one's world with a critical eye. Many of the course readings and materials focus on issues related to race, sex, gender, and national origin.

9. For example, in one of my courses, we read slavery narratives. One provides a firsthand account of an enslaved person's life and experiences as a slave and his significant impact on the abolitionist movement. We also read a narrative that explores the struggles and resilience of a woman who endured the horrors of slavery in the United States. This story stands out for its honest and personal portrayal of the sexual exploitation and abuse that female slaves had to endure at the hands of their masters.

10. We also read literature that challenges readers to consider the male gaze, body image issues, and the sexualization of women in a patriarchal society. One of these works is a Shakespeare play that explores themes related to gender roles, gender fluidity, sexuality,

and sexual orientation. Through these works of literature, the women in the class get the opportunity to see their own experiences with the male gaze reflected and feel seen and heard. Men in the class get to see how behaviors like cat-calling can have devastating psychological effects on women, a perspective they are denied if we are not allowed to read or discuss gender or the patriarchy.

11. My students also read works by women, one which walks the reader through the female protagonist's journey dealing with issues of women's oppression in marriage and her eventual liberation from traditional gender norms. In another work that we study, the author highlights the oppressive nature of societal expectations on women and the lack of medical treatment for post-partum depression, which leads to the narrator's decline into insanity.

12. In one of my courses, my students and I discuss the patriarchy and the conscious and unconscious gender expectations it creates for men and for women. We explore how being constrained by these socially-constructed expectations limits everyone's full potential, and we study gender scholars to enrich students' understanding of these expectations. This is always one of my students' favorite assignments, and they are engaged and excited to discuss these expectations once they realize how prevalent they are.

13. My students also research and write a paper on inequity in public education in the United States. This assignment encourages students to explore why schools are funded at different levels and compares schools in different neighborhoods. A core topic of conversation around this assignment is the role of race in funding and educational

disparities and how, in a country that claims to be equal opportunity for everyone, certain populations suffer simply because of the unequal distribution of school funds.

14. My students are genuinely interested in issues related to race, sex, sexual orientation, gender, and national origin. These issues speak to their own personal experiences in the world, and banning discussion of these issues would dim the bright light in these young minds.

15. I cannot teach my students how to think critically if I am only allowed to teach topics that they are already comfortable with and reinforce the beliefs they were raised with. The banned subjects are a critical part of the courses I teach, and students are being done a disservice by being prohibited from learning or even talking about them in a safe space.

16. One of the most concerning parts about HB 1193 is that I do not know whether or not the things I say or teach may be violating the law. I do not know what it means to "engage" with these topics, and the other bans in Sections 3(b), 3(f), 3(g), and 3(i) are vague and confusing in many respects.

17. I cannot teach my courses without touching on the topics banned by these provisions, and I risk discipline for violating the challenged provision.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed: August 1, 2025

_____
Member of UCW