**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

| | |
|---|---|
| **MISSISSIPPI ASSOCIATION OF EDUCATORS, et al.** | **PLAINTIFFS** |
| **vs.** | **CAUSE No.: 3:25-CV-417-HTW-LGI** |
| **BOARD OF TRUSTEES OF STATE INSTITUTIONS OF HIGHER LEARNING, et al.** | **DEFENDANTS** |

<u>**Witness List for Motion Hearing**</u>
**August 5, 2025**

1. Dr. James Thomas, Professor – University of Mississippi

2. Amy Coronado, Graduate Student – University of Southern Mississippi

3. Le Jubowl, Mental Health Counselor

4. Cliff Johnson, Director of McArthur Justice Center