IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Northern Division

| | |
|---|---|
| MISSISSIPPI ASSOCIATION OF EDUCATORS[1], ET AL.,<br><br>   *Plaintiffs*,<br><br>v.<br><br>LYNN FITCH, ET AL.,<br>   *Defendants*. | )<br>)<br>) Civil No. 3:25-cv-00417-HTW-LGI<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE OF PLAINTIFFS' [PROPOSED] FINDINGS OF FACT AND CONCLUSIONS OF LAW

NOTICE IS HEREBY GIVEN that the Plaintiffs, Barbara Phillips, James Thomas, Dawn Zimmerer, L.E. Jibol, United Campus Workers Southeast Local 3821, Madisyn Donley, Alexis Cobbs, Karen Aderer, Fostering LGBTQ+ Advocacy, Resources, Environments and Women in Science and Engineering (collectively, "Plaintiffs"), by and through undersigned counsel, have this date served via email to the Honorable Henry T. Wingate and to the Defendants, through counsel, the following:

 1. *Plaintiffs' [Proposed] Findings of Fact and Conclusions of Law.*

The undersigned retains the originals of the above-referenced documents as custodian thereof.

 THIS the 13th day of August, 2025.

 Respectfully submitted,

| | |
|---|---|
| *s/ Joshua Tom*<br>Joshua Tom<br>  MS Bar. No 105392<br>McKenna Raney<br>  MS Bar No. 106330<br>Ayanna Hill<br>  MS Bar No. 106590<br>American Civil Liberties Union of | *s/ Robert B. McDuff*<br>Robert B. McDuff<br>  MS Bar No. 2532<br>Paloma Wu<br>  MS Bar No. 105464<br>Mississippi Center For Justice<br>210 E. Capitol Street, Ste 1800<br>Jackson, MS 39201 |

---

[1] Plaintiff Mississippi Association of Educators has filed a Motion to be Removed as Plaintiff, Dkt. 45.

1

<div style="column-count:2">

MISSISSIPPI FOUNDATION, INC.
P.O. BOX 2242
JACKSON, MS 39225
PHONE: (601) 354-3408
JTOM@ACLU-MS.ORG
MRANEY@ACLU-MS.ORG
AHILL1@ACLU-MS.ORG

AMIR BADAT
 MS BAR NO. 106599
BADAT LEGAL PLLC
P.O. BOX 15
TOUGALOO, MS 39174
PHONE: (601) 462-9592
AMIR.BADAT@GMAIL.COM

PHONE: (601) 259-8484
RMCDUFF@MSCENTERFORJUSTICE.ORG
PWU@MSCENTERFORJUSTICE.ORG

NICOLAS STANOJEVICH*
QUINN, CONNOR, WEAVER, DAVIES & ROUCO LLP
220TH STREET NORTH, SUITE 930
BIRMINGHAM, AL 35203
PHONE: (205) 870-9989
NSTANOJEVICH@QCWDR.COM
*ADMITTED PRO HAC VICE

COUNSEL FOR PLAINTIFFS

</div>

2

**CERTIFICATE OF SERVICE**

I, Joshua Tom, hereby certify that on August 13, 2025, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all parties on file with the Court.

<div style="text-align: right;">

/s/Joshua F. Tom
Joshua F. Tom

</div>