**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

JACKSON FEDERATION OF
TEACHERS, ET AL.                                                                  PLAINTIFFS

VS.                                       CIVIL ACTION NO. 3:25-cv-00417-HTW-LGI

LYNN FITCH, in her official capacity as
Attorney General of Mississippi, ET AL.                                DEFENDANTS

## MOTION TO WITHDRAW AS COUNSEL

The undersigned Rex M. Shannon III, Special Assistant Attorney General and one of the attorneys of record for Defendants, hereby moves to withdraw as counsel in the above-styled and numbered cause, as he will be leaving the employment of the Mississippi Attorney General's Office effective February 27, 2026. Defendants will continue to be represented in this matter by Special Assistant Attorney General Lisa Reppeto of the Mississippi Attorney General's Office. A proposed order granting this motion is being submitted to the Court.

**WHEREFORE, PREMISES CONSIDERED**, the undersigned Rex M. Shannon III respectfully requests that the Court make and enter its Order effectuating his withdrawal and termination as counsel of record herein.

THIS the 12th day of February, 2026.

                                                               Respectfully submitted,

                                                      By:     s/Rex M. Shannon III
                                                                      REX M. SHANNON III (MSB #102974)
                                                                      Special Assistant Attorney General

REX M. SHANNON III (MSB #102974)
STATE OF MISSISSIPPI
OFFICE OF THE ATTORNEY GENERAL

1

CIVIL LITIGATION DIVISION
Post Office Box 220
Jackson, Mississippi  39205-0220
Tel.:  (601) 359-4184
Fax:  (601) 359-2003
rex.shannon@ago.ms.gov

## CERTIFICATE OF SERVICE

    I, Rex M. Shannon III, do hereby certify that I have this date caused to be filed with the Clerk of the Court a true and correct copy of the above and foregoing via the Court's ECF filing system, which sent notification of such filing to all counsel of record.

    THIS the 12th day of February, 2026.

                                                             s/Rex M. Shannon III
                                                             REX M. SHANNON III