IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Northern Division

**JACKSON FEDERATION OF
TEACHERS, ET AL.,**

        *Plaintiffs*,

v.

**LYNN FITCH, ET AL.,**

        *Defendants*.

Civil No. 3:25cv00417-HTW-LGI

---

## PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

Pursuant to Rule 23, Plaintiffs hereby submit this Motion for Class Certification. Plaintiffs previously moved [ECF. 60] for leave to file a second amended complaint.  As explained in the motion, one of the purposes of the second amended complaint was to add class action allegations. The Court granted the motion, noting that the Defendants had not opposed it.  [ECF. 74 at 22]. The classes and subclasses delineated in the second amended complaint [ECF. 75 at 38-41] are the same as those proposed in this motion.

Plaintiffs propose two classes for certification, each of which is composed of two subclasses. The first class is composed of all educators at postsecondary public educational institutions and K-12 public schools in Mississippi. This first class is subdivided into two subclasses: subclass (a) consists all educators at state-supported two-year community or junior colleges under the purview of the Mississippi Community College Board, and at state-supported four-year colleges or universities under the purview of the Board of Trustees of the State Institutions of Higher Learning; and subclass (b) consists of all educators at K-12 public schools

1

in Mississippi. The second class is composed of all students and parents or guardians of minor students at postsecondary public educational institutions and K-12 public schools in Mississippi. Subclass (a) for this second class consists of all students at state-supported two-year community or junior colleges under the purview of the Mississippi Community College Board, and at state-supported four-year colleges or universities under the purview of the Board of Trustees of the State Institutions of Higher Learning; and subclass (b) consists of all parents or guardians of students at K-12 public schools in Mississippi.

      As more fully addressed in the accompanying Memorandum of Law, all of Rule 23's requirements are easily satisfied here: the challenged provisions of HB 1193 affect thousands of educators and students, and affect them all by infringing on their First and Fourteenth Amendment rights and subjecting them to potential penalties. The proposed classes and subclasses each meet the requirements of numerosity, commonality, typicality, and adequacy.

      Rule 23 authorizes a class action where, as here, Defendants have "acted or refused to act on grounds that apply generally to the class, so that final injunctive relief or corresponding declaratory relief is appropriate respecting the class as a whole." Fed. R. Civ. P. 23(b)(2). Defendants are governed by a statewide statute that, if implemented, will harm each class representative and every member of the class, and class-wide injunctive and declaratory relief will prevent and remedy that harm. Class certification is warranted

      For all of these reasons, the Motion for Class Certification should be granted.

Dated: March 5, 2026                                       Respectfully submitted,

| | |
|---|---|
| *s/ Robert B. McDuff*<br>Robert B. McDuff<br> MS Bar No. 2532<br>Paloma Wu<br> MS Bar No. 105464<br>Mississippi Center for Justice<br>210 E. Capitol Street, Ste 1800<br>Jackson, MS 39201<br>601-259-8484<br>rmcduff@mscenterforjustice.org<br>pwu@mscenterforjustice.org<br><br>*s/ Amir Badat*<br>Amir Badat<br> MS Bar No. 106599<br>Badat Legal PLLC<br>P.O. Box 15<br>Tougaloo, MS 39174<br>Phone: 601-462-9592<br>amir.badat@gmail.com<br><br>*Counsel for Plaintiffs* | *s/ Joshua Tom*<br>Joshua Tom<br> MS Bar. No 105392<br>McKenna Raney<br> MS Bar No. 106330<br>Ayanna Hill<br> MS Bar No. 106590<br>American Civil Liberties Union of Mississippi Foundation, Inc.<br>P.O. Box 2242<br>Jackson, MS 39225<br>Phone: (601) 354-3408<br>jtom@aclu-ms.org<br>mraney@aclu-ms.org<br>ahill1@aclu-ms.org<br><br>*s/ Nicolas Stanojevich*<br>Nicolas Stanojevich\*<br>Richard Rouco\*<br>Quinn, Connor, Weaver, Davies & Rouco LLP<br>2 20th Street North Suite 930<br>Birmingham, AL 35203<br>Phone: (205) 870-9989<br>nstanojevich@qcwdr.com<br>rrouco@qcwdr.com<br>\*Admitted Pro Hac Vice |

CERTIFICATE OF SERVICE

    I certify that the foregoing has been filed on the ECF system which served all counsel of record on March 5, 2026.

                                                    *s/ Joshua Tom*
                                                    Co-counsel for Plaintiffs