# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**JACKSON FEDERATION OF**
**TEACHERS, ET AL.**                                                                                        **PLAINTIFFS**

**VS.**                                             **CIVIL ACTION NO. 3:25-cv-00417-HTW-LGI**

**LYNN FITCH, in her official capacity as**
**Attorney General of Mississippi, ET AL.**                                         **DEFENDANTS**

## UNOPPOSED MOTION FOR EXTENSION OF TIME
## TO FILE RESPONSE TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

Defendants move the Court for an extension of time through April 24, 2027, within which to file their Response to Plaintiffs' Motion for Class Certification [ECF# 85, 86], and in support of this motion represent the following:

1. On March 5, 2026, Plaintiffs filed their Motion for Class Certification and supporting memorandum of authorities. (EFC# 85, 86).

2. Defendants' Response is presently due on March 19, 2026.

3. Defendants request an extension of time through April 24, 2026, within which to file their Response and supporting memorandum due to their counsel's obligations in several other cases.

4. Defendants' counsel has conferred with Plaintiffs' counsel regarding the requested extension of time and are authorized to represent to the Court that Plaintiffs have no objection to the relief sought in this motion.

5. In accordance with local rules, a proposed order will be separately transmitted to the district judge's chambers via e-mail.

**WHEREFORE, PREMISES CONSIDERED**, Defendants respectfully request that this motion be granted, and that the deadline for Defendants to file their Response to Plaintiffs' Motion for Class Certification be extended through April 24, 2026.

THIS 9th day of March, 2026.

    Respectfully submitted,

    LYNN FITCH, IN HER OFFICIAL CAPACITY AS ATTORNEY GENERAL OF MISSISSIPPI; GEE OGLETREE, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE BOARD OF TRUSTEES OF STATE INSTITUTIONS OF HIGHER LEARNING; STEVEN CUNNINGHAM, AMY ARRINGTON, DONALD CLARK, JR., ORMELLA CUMMINGS, JERRY L. GRIFFITH, JIMMY HEIDELBERG, TERESA HUBBARD, BRUCE MARTIN, HAL PARKER, GREGG RADER, AND CHARLIE STEPHENSON, ALL IN THEIR OFFICIAL CAPACITIES AS MEMBERS OF THE BOARD OF TRUSTEES OF STATE INSTITUTIONS OF HIGHER LEARNING; JOHN PIGOTT, IN HIS OFFICIAL CAPACITY AS CHAIR OF THE MISSISSIPPI COMMUNITY COLLEGE BOARD; CHERYL THURMOND, VIDET CARMICHAEL, DONNIE CAUGHMAN, BUBBA HUDSPETH, DOLLY MARASCALCO, JOHNNY MCRIGHT, LUKE MONTGOMERY, WILL SYMMES, AND DIANNE WATSON, ALL IN THEIR OFFICIAL CAPACITIES AS MEMBERS OF THE MISSISSIPPI COMMUNITY COLLEGE BOARD; GLEN EAST, IN HIS OFFICIAL CAPACITY AS CHAIR OF THE MISSISSIPPI STATE BOARD OF EDUCATION; MATT MILLER, LANCE EVANS, WENDI BARRETT, MATT MAYO, BILL JACOBS, RONNIE MCGEHEE, MIKE PRUITT, BILLYE JEAN STROUD, AND MARY WERNER, ALL IN THEIR OFFICIAL CAPACITIES AS MEMBERS OF THE MISSISSIPPI STATE BOARD OF EDUCATION; MARCY SCOGGINS, IN HER OFFICIAL CAPACITY AS CHAIR OF THE MISSISSIPPI

        CHARTER SCHOOL AUTHORIZER BOARD;
AND JAY CARNEY, SANDRA MCKIERNON,
ERIN MEYER, BEN MORGAN, CANDACE
ROBINS, AND JENNIFER JACKSON
WHITTIER, ALL IN THEIR OFFICIAL
CAPACITIES AS MEMBERS OF THE
MISSISSIPPI CHARTER SCHOOL
AUTHORIZER BOARD, DEFENDANTS

By:    LYNN FITCH, ATTORNEY GENERAL
        STATE OF MISSISSIPPI

By:    s/*Lisa A. Reppeto*
        LISA A. REPPETO (MSB# 99978)
        Special Assistant Attorney General

LISA A. REPPETO (MSB #99978)
STATE OF MISSISSIPPI
OFFICE OF THE ATTORNEY GENERAL
CIVIL LITIGATION DIVISION
Post Office Box 220
Jackson, Mississippi 39205-0220
Tel.: (601) 359-2780
Fax: (601) 359-2003
lisa.reppeto@ago.ms.gov

ATTORNEY FOR DEFENDANTS

3

## CERTIFICATE OF SERVICE

I, Lisa A. Reppeto, Special Assistant Attorney General and attorney for the above-named defendants, do hereby certify that I have this date caused to be filed with the Clerk of the Court a true and correct copy of the above and foregoing via the Court's ECF filing system, which sent notification of such filing to all counsel of record.

THIS the 9th day of March, 2026.

s/*Lisa A. Reppeto*
LISA A. REPPETO
