**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Northern Division**

**JACKSON FEDERATION OF
TEACHERS, ET AL.,**

        *Plaintiffs*,

                                        **Civil No. 3:25cv00417-HTW-LGI**

**v.**

**LYNN FITCH, ET AL.,**

        *Defendants*.

---

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY
IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rule 7(b)(4), Plaintiffs respectfully move for a 14-day extension, up to and including May 15, 2026, to file their Reply in Support of Plaintiffs' Motion for Class Certification. Plaintiffs request a reasonable extension of 14 days, so that they may adequately address the arguments raised in Defendants' Response. Defendants do not oppose this motion. This motion is not brought for the purposes of delay, and the requested relief will not prejudice any party.

Plaintiffs filed their Motion for Class Certification. ECF No. 85. Defendants' Response in Opposition to Plaintiffs' Motion for Class Certification was filed on April 24, 2026. ECF No. 89. Pursuant to Federal Rule of Civil Procedure 6(a)(1) and Local Rule 7(b)(4), Plaintiffs' Reply is currently due on or before May 1, 2026. Plaintiffs respectfully requests that this Court grant Plaintiffs an extension of 14 days, up to and including May 15, 2026, to file their Reply.

To the extent it applies, Plaintiffs respectfully request that the Court waive the memorandum of law requirement for this short unopposed motion.

1

Dated: April 27, 2026            Respectfully submitted,

| | |
|---|---|
| *s/ ROBERT B. MCDUFF*<br>ROBERT B. MCDUFF<br> MS BAR NO. 2532<br>PALOMA WU<br> MS BAR NO. 105464<br>MISSISSIPPI CENTER FOR JUSTICE<br>210 E. CAPITOL STREET, STE 1800<br>JACKSON, MS 39201<br>601-259-8484<br>RMCDUFF@MSCENTERFORJUSTICE.ORG<br>PWU@MSCENTERFORJUSTICE.ORG<br><br>*s/ AMIR BADAT*<br>AMIR BADAT<br> MS BAR NO. 106599<br>BADAT LEGAL PLLC<br>P.O. BOX 15<br>TOUGALOO, MS 39174<br>PHONE: 601-462-9592<br>AMIR.BADAT@GMAIL.COM<br><br>*COUNSEL FOR PLAINTIFFS* | *s/ JOSHUA TOM*<br>JOSHUA TOM<br> MS BAR. NO 105392<br>MCKENNA RANEY<br> MS BAR NO. 106330<br>AYANNA HILL<br> MS BAR NO. 106590<br>AMERICAN CIVIL LIBERTIES UNION OF<br>MISSISSIPPI FOUNDATION, INC.<br>P.O. BOX 2242<br>JACKSON, MS 39225<br>PHONE: (601) 354-3408<br>JTOM@ACLU-MS.ORG<br>MRANEY@ACLU-MS.ORG<br>AHILL1@ACLU-MS.ORG<br><br>*s/ NICOLAS STANOJEVICH*<br>NICOLAS STANOJEVICH*<br>RICHARD ROUCO*<br>QUINN, CONNOR, WEAVER,<br>DAVIES & ROUCO LLP<br>2 20TH STREET NORTH SUITE 930<br>BIRMINGHAM, AL 35203<br>PHONE: (205) 870-9989<br>NSTANOJEVICH@QCWDR.COM<br>RROUCO@QCWDR.COM<br>*ADMITTED PRO HAC VICE |

CERTIFICATE OF SERVICE

I certify that the foregoing has been filed on the ECF system which served all counsel of record on April 27, 2026.

<i>s/ Joshua Tom</i><br>
Co-counsel for Plaintiffs