# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 21, 2026

Mr. Robert Bruce McDuff
767 N. Congress Street
Jackson, MS 39202-0000

Mr. Anthony M. Shults
Office of the Attorney General
for the State of Mississippi
550 High Street
Walter Sillers Building
Jackson, MS 39201

No. 25-60496 Jackson Fed of Tchr v. Fitch
USDC No. 3:25-CV-417

Dear Counsel,

At oral argument, the attorneys should be prepared to address whether, especially in light of the use of AI by the district court, this matter should be *sua sponte* assigned to a different district judge.

Sincerely,

LYLE W. CAYCE, Clerk

By: ____________________________
Charles B. Whitney, Deputy Clerk
504-310-7679

cc:
Mr. Mohammed Amir Badat
Mr. David Lamar Calder
Ms. Amy Candido
Mr. Timothy Conklin
Ms. Ayanna Denise Hill
Mr. Brendan Hopkins
Mr. Arthur S. Johnston III
Mr. Justin Lee Matheny
Ms. McKenna Raney
Mr. Richard Paul Rouco
Mr. Rex Morris Shannon III
Mr. Joshua Tom
Ms. Paloma Wu