**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**JACKSON FEDERALTION OF TEACHERS et al.** **PLAINTIFFS**

**VS.** **CIVIL ACTION NO. 25-cv-417-HTW-LGI**

**LYNN FITCH et al.** **DEFENDANTS**

---

**MOTION TO WITHDRAW AS COUNSEL**

---

The undersigned Lisa A. Reppeto, Special Assistant Attorney General and one of the attorneys of record for the Defendants as she will be leaving the employment of the Mississippi Attorney General's Office effective August 31, 2026. The Defendants will continue to be represented in this matter by Special Assistant Attorney General John P. Sneed of the Mississippi Attorney General's Office. A proposed order granting this motion is being submitted to the Court.

**FOR THESE REASONS,** Lisa A. Reppeto respectfully requests that the Court enter its Order effectuating her withdrawal and termination as counsel of record in this matter.

THIS, the 31st day of August, 2026.

Respectfully submitted,

By: s/Lisa A. Reppeto
LISA A. REPPETO (MSB #99978)
Special Assistant Attorney General

LISA A. REPPETO (MSB# 99978)
STATE OF MISSISSIPPI
OFFICE OF THE ATTORNEY GENERAL
CIVIL LITIGATION DIVISION
Post Office Box 220
Jackson, Mississippi 39205-0220
Tel.: (601) 359-2780
Fax.: (601) 359-2003
Lisa.reppeto@ago.ms.gov

**CERTIFICATE OF SERVICE**

I, Lisa A. Reppeto, Special Assistant Attorney General and attorney for the above-named subpoena recipient, does hereby certify that I have this date caused to be filed with the Clerk of the Court a true and correct copy of the above and foregoing via the Court's electronic filing system, which sent notification of such filing to all counsel of record.

THIS the 31st day of August, 2026.

*s/ Lisa A. Reppeto*
LISA A. REPPETO