**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**JACKSON FEDERATION OF TEACHERS et al.**

| | | |
|---|---|---|
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **No. 3:25-CV-00417-HTW-LGI** |
| | ) | |
| **LYNN FITCH et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |

---

## MOTION TO WITHDRAW AS COUNSEL

---

Pursuant to Local Civil Rule 83.1(b)(3), Plaintiffs, by and through their counsel, respectfully request the withdrawal of the appearance of Ayanna D. Hill of the ACLU of Mississippi as counsel for Plaintiffs in the above-referenced action. Ms. Hill will no longer be associated with the ACLU of Mississippi as of September 18, 2026. ACLU of Mississippi will continue to serve as counsel for Plaintiff, along with co-counsel Mississippi Center for Justice, Quinn Connor Weaver Davies & Rouco LLP, and Badat Legal PLLC.

Respectfully submitted,

*/s/ Ayanna D. Hill*

Ayanna D. Hill (MSB # 106590)
ACLU of Mississippi
P.O. Box 2243
Jackson, Mississippi
(601) 354-3408
ahill@aclu-ms.org

*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of September, 2026, all counsel of record were served with the foregoing by operation of the Court's electronic filing system.

/s/ *Ayanna Hill*
Ayanna Hill