# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**THOMAS B. PLUNKETT, III**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 12, 2026

Mr. Arthur S. Johnston III
Southern District of Mississippi, Jackson
United States District Court
501 E. Court Street
Suite 2.500
Jackson, MS 39201

No. 25-60496 Jackson Fed of Tchr v. Fitch
USDC No. 3:25-CV-417

Dear Mr. Johnston,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

Sincerely,

THOMAS B. PLUNKETT, III, Clerk

By: ______________________
Kierston Jackson, Deputy Clerk

cc w/encl:
Mr. Mohammed Amir Badat
Mr. David Lamar Calder
Ms. Amy Candido
Mr. Timothy Conklin
Ms. Ayanna Denise Hill
Mr. Brendan Hopkins
Mr. Justin Lee Matheny
Mr. Robert Bruce McDuff
Ms. McKenna Raney
Mr. Richard Paul Rouco
Mr. Rex Morris Shannon III
Mr. Anthony M. Shults
Mr. Scott G. Stewart
Mr. Joshua Tom
Ms. Paloma Wu