IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JACKSON FEDERATION OF TEACHERS, *et al.* PLAINTIFFS

v. CIVIL ACTION NO. 3:25-cv-417-HTW-LGI

LYNN FITCH, *et al.* DEFENDANTS

ORDER TO REASSIGN

BY ORDER of the United States Court of Appeals for the Fifth Circuit, and in accordance with its mandate issued today, the Clerk of Court is directed to return the above-captioned matter to the Northern Division civil draw for random re-assignment pursuant to this Court's Case Assignment Order of November 4, 2026.

SO ORDERED AND ADJUDGED this the 12th day of November 2026.

s/ Halil Suleyman Ozerden
HALIL SULEYMAN OZERDEN
CHIEF UNITED STATES DISTRICT JUDGE